(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT   CHARLESTON

West Virginia Coalition Against
Domestic Violence, Inc.

**DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST**

v.

Patrick J. Morrisey, in his official capacity
as Attorney General for the State of West
Virginia

**CASE NUMBER**   2:19-cv-00434

Pursuant to F R Civ P 7.1   Plaintiff                                                          ,
                              (type of party)

who is  West Virginia Coalition Against Domestic Violence , makes the following disclosure:
          (name of party)

1.    Is the party a non-governmental corporate party?

      [X] YES                    [ ] NO

2.    If the answer to Number 1 is "yes," list below any parent corporation or state that there is
      no such corporation:

      **No such corporation**

3.    If the answer to Number 1 is "yes," list below any publicly-held corporation that owns
      10% or more of the party's stock or state that there is no such corporation:

      **No such corporation**

      The undersigned party understand that under F R Civ P 7.1, it will promptly file a
      supplemental statement upon any change in the information that this statement requires.

Date:   June 7, 2019                          _____
                                                  Signature of Counsel for Party