

Goodwin & Goodwin, LLP
300 Summers Street
Suite 1500
Charleston, WV 25301-1678

T (304) 346-7000
F (304) 344-9692

www.goodwingoodwin.com

Sender's Contact: Lucas R. White
LRW@goodwingoodwin.com

June 7, 2019



*Via U.S. Mail*
Rory L. Perry, Clerk
U.S. District Court, S.D. W. Va.
Robert C. Byrd U.S. Courthouse
300 Virginia Street, East, Suite 2400
Charleston, WV 25301

Re: *W. Va. Coal. Against Domestic Violence v. Patrick J. Morrisey,*
Civil Action No. 19-cv-00434 (S.D. W. Va.)

Mr. Perry:

    I represent the Plaintiff in the above-referenced case, and we have prepared the enclosed Summons. We request the Clerk's Office serve the Defendant Patrick J. Morrisey a copy of the Summons and Complaint via certified mail, return receipt requested, pursuant to West Virginia Rules of Civil Procedure 4(d)(1)(C) and (d)(6)(D) (adopted by Federal Rule of Civil Procedure 4(e)(1)). We were directed by your office to send the Summons to you in this manner in lieu of filing via ECF.

    Thank you for your assistance in this matter. If you have any questions or need anything else from us in order to effect service, please do not hesitate to contact me at (304) 346-7000 or lrw@goodwingoodwin.com.

Sincerely,

Lucas R. White

*Enclosure*
Cc: Plaintiff's Counsel (via email)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

West Virginia Coalition Against Domestic Violence, Inc.

*Plaintiff(s)*

v.

Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia

*Defendant(s)*

Civil Action No. 2:19-cv-00434

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick J. Morrisey
Attorney General for the State of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. David Fenwick
Lucas R. White
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00434

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                          *Server's signature*

                                    _____
                                          *Printed name and title*


                                    _____
                                          *Server's address*

Additional information regarding attempted service, etc: