L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

The West Virginia Coalition Against Domestic Violence, Inc.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia

**CIVIL ACTION NUMBER** 2:19-cv-00434

---

| Eric Tirschwell, Everytown Law | 2571073 |
|---|---|
| *Name of Visiting Attorney and firm name* | *State Bar ID number* |

The West Virginia Coalition Against Domestic Violence, Inc.

*Name of party represented*

See Attached Exhibit A

---

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Everytown Law
450 Lexington Ave, P.O. Box 4148
New York, NY 10017

*Visiting Attorney's office address*

| 646-324-8222 | 917-410-6932 | etirschwell@everytown.org |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

| J. David Fenwick, Goodwin & Goodwin, LLP | | WV 6029 |
|---|---|---|
| *Name of Sponsoring Attorney and firm name* | | *WV Bar ID number* |

300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328

*Sponsoring Attorney's office address*

| 304-346-7000 | 304-344-9692 | jdf@goodwingoodwin.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 6/6/19 | _____ |
| --- | --- |
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| June 6, 2019 | _____ |
| --- | --- |
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.

EXHIBIT A

Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

New York State Bar
New York State Unified Court System
Office of Court Administration, Attorney Registration Unit
25 Beaver Street, Room 840
New York, NY 10004

Southern District of New York - United States District Court
500 Pearl Street
New York, NY 10007

Eastern District of New York - United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

United States Court of Appeals for the Second Circuit
Office of the Clerk
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

United States Court of Appeals for the Third Circuit
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

United States Court of Appeals for the Seventh Circuit
Office of the Clerk
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

United States Court of Appeals for the Eleventh Circuit
Clerk of Court
56 Forsyth St., N.W.
Atlanta, Georgia 30303

United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

United States Supreme Court
Office of the Clerk
Admissions Office
One First Street, NE
Washington, DC 20543