L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

The West Virginia Coalition Against Domestic Violence, Inc.

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

V.

Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia

**CIVIL ACTION NUMBER** 19-CV-00434

---

| | |
|---|---|
| Alla Lefkowitz, Everytown Law | 4923363 |
| *Name of Visiting Attorney and firm name* | *State Bar ID number* |
| The West Virginia Coalition Against Domestic Violence, Inc. | |
| *Name of party represented* | |
| See Attached Exhibit A | |

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*
Everytown Law
450 Lexington Avenue, P.O. Box #4148
New York, NY 10017

*Visiting Attorney's office address*

| 646-324-8365 | 917-410-6932 | alefkowitz@everytown.org |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |
| J. David Fenwick, Goodwin & Goodwin, LLP | | WV  6029 |
| *Name of Sponsoring Attorney and firm name* | | *WV Bar ID number* |
| 300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328 | | |
| *Sponsoring Attorney's office address* | | |
| 304-346-7000 | 304-344-9692 | jdf@goodwingoodwin.com |
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_____6/6/19_____  _____*[signature]*_____
Date                      Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_____June 6, 2019_____  _____*[signature]*_____
Date                      Signature of Sponsoring Attorney

** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.

PAGE 2 of 2 PAGES

EXHIBIT A

Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

New York State Bar
Appellate Division, Third Department
Attorney Admissions
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

District of Columbia Bar
901 4th St NW
Washington, DC 20001

United States District Court
Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202