L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE

**V.**

PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION NUMBER** 2:19-cv-00434

---

Deepak Gupta, Gupta Wessler PLLC

*Name of Visiting Attorney and firm name*

DC 495451

*State Bar ID number*

---

THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE

*Name of party represented*

---

See Attached Exhibit A

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

1900 L Street, NW, Suite 312
Washington, DC 20036

*Visiting Attorney's office address*

---

(202) 888-1741

*Visiting Attorney's office telephone number*

(202) 888-7792

*Office fax number*

deepak@guptawessler.com

*Email address*

---

J. David Fenwick, Goodwin & Goodwin, LLP

*Name of Sponsoring Attorney and firm name*

WV 6029

*WV Bar ID number*

---

300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328

*Sponsoring Attorney's office address*

---

(304) 346-7000

*Sponsoring Attorney's office telephone number*

(304) 344-9692

*Office fax number*

jdf@goodwingoodwin.com

*Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 06/06/2019 | _(signature)_ |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| June 5, 2019 | _(signature)_ |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.

Exhibit A

Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

| Bar/Court | Address |
| --- | --- |
| District of Columbia Bar | The District of Columbia Bar<br>901 4th Street, NW<br>Washington, D.C. 20001 |
| U.S. Court of Appeals for the D.C. Circuit | Clerk, US Court of Appeals<br>333 Constitution Avenue, NW<br>Washington, DC 20001-2866 |
| U.S. Court of Appeals for the First Circuit | Maria R. Hamilton, Clerk of Court<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2500<br>Boston, MA 02210 |
| U.S. Court of Appeals for the Second Circuit | Catherine O'Hagan Wolfe, Clerk of Court<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, New York 10007 |
| U.S. Court of Appeals for the Third Circuit | Office of the Clerk<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 |
| U.S. Court of Appeals for the Fourth Circuit | Patricia S. Connor<br>Lewis F. Powell, Jr. United States Courthouse Annex<br>1100 East Main Street, Suite 501<br>Richmond, Virginia 23219-3517 |
| U.S. Court of Appeals for the Fifth Circuit | Lyle W. Cayce<br>Office of the Clerk<br>F. Edward Hebert Building<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408 |

| | |
|---|---|
| U.S. Court of Appeals for the Sixth Circuit | Office of the Clerk<br>540 Potter Stewart U.S. Courthouse<br>100 E. Fifth Street<br>Cincinnati, Ohio 45202-3988 |
| U.S. Court of Appeals for the Seventh Circuit | Office of the Clerk<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Room 2722<br>Chicago, IL 60604 |
| U.S. Court of Appeals for the Eighth Circuit | Michael E. Gans<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>Room 24.329<br>St. Louis, MO. 63102 |
| U.S. Court of Appeals for the Ninth Circuit | Molly C. Dwyer, Clerk of Court<br>Office of the Clerk<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |
| U.S. Court of Appeals for the Eleventh Circuit | David J. Smith<br>Clerk of Court<br>U.S. Court of Appeals for the 11th Circuit<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 |
| U.S. Court of Appeals for the Federal Circuit | Clerk's Office<br>Room 401<br>717 Madison Place, N.W.<br>Washington D.C. 20439 |
| U.S. Court of Federal Claims | Lisa Reyes, Clerk of Court<br>Howard T. Markey National Courts Building<br>717 Madison Place, NW<br>Washington, DC 20439 |

| | |
|---|---|
| U.S. Supreme Court | Clerk's Office<br>Supreme Court of the United States<br>1 First Street, NE<br>Washington, DC 20543 |
| U.S. District Court for the District of Columbia | Angela D. Caesar, Clerk of Court<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>Room 1225 |
| District of Columbia Court of Appeals | District of Columbia Bar<br>901 4th Street, NW<br>Washington, DC 20001 |