IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | | |
|---|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Case No. 2:19-cv-00434 |
| | : | (Judge John T. Copenhaver, Jr.) |
| | : | |
| | : | |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | : | |
| | : | |
| *Defendant.* | : | |

## STIPULATION EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia, and Plaintiff, The West Virginia Coalition Against Domestic Violence, Inc., by and through counsel, stipulate as follows:

1. On June 6, 2019, Plaintiff instituted this action seeking declaratory and injunctive relief by filing a Complaint.

2. On June 13, 2019, the summons was returned as executed by certified mail indicating that Defendant was served on that date.

3. Defendant's responsive pleading is currently due on or before July 5, 2019.

4. Counsel for Defendant require additional time to formulate a responsive pleading because of the interests involved with defending the constitutionality of a duly-enacted statute.

5. Plaintiff does not object to a one-month extension of the deadline for Defendant to respond to the Complaint.

Therefore, pursuant to Local Rule of Civil Procedure 12.1, Defendant and Plaintiff stipulate to the extension of the deadline for Defendant to respond to the Complaint to and including August 5, 2019.

DATED: June 28, 2019

<div style="margin-left: 40%;">

COUNSEL FOR PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia

PATRICK MORRISEY
 ATTORNEY GENERAL

/s/ Steven A. Travis
Steven A. Travis (WV Bar #10872)
 *Deputy General Counsel*
Lindsay S. See (WV Bar #13360)
 *Solicitor General*
Douglas P. Buffington, II (WV Bar #8157)
 *Senior Deputy Attorney General*
Office of the West Virginia Attorney General
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Steven.A.Travis@wvago.gov
Lindsay.S.See@wvago.gov
Douglas.P.Buffington@wvago.gov

</div>

COUNSEL FOR THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC.

/s/ J. David Fenwick
J. David Fenwick (W. Va. Bar No. 6029)
Lucas R. White (W. Va. Bar No. 12501)
**GOODWIN & GOODWIN, LLP**
300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328
(304) 346-7000
*jdf@goodwingoodwin.com*
*lrw@goodwingoodwin.com*

Deepak Gupta*
Jonathan E. Taylor*
**GUPTA WESSLER PLLC**
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Eric Tirschwell*
Alla Lefkowitz*
James Miller*
**EVERYTOWN LAW**
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646) 324-8222
*etirschwell@everytown.org*

* admitted *pro hac vice*