IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | | |
|---|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : : : | |
| *Plaintiff,* | : : | |
| v. | : : | Case No. 2:19-cv-00434 (Judge John T. Copenhaver, Jr.) |
| | : : | |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | : : : : | |
| *Defendant.* | : : | |

## ORDER

AND NOW, this _____ day of _____, 2019, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED and the Coalition's Complaint is DISMISSED WITH PREJUDICE.

_____
John T. Copenhaver, Jr.
Senior United States District Judge