IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | | |
|---|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : : : | |
| *Plaintiff,* | : : | |
| v. | : : : : : | Case No. 2:19-cv-00434 (Judge John T. Copenhaver, Jr.) |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | : : : : : | |
| *Defendant.* | : | |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Defendant, Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia, and The West Virginia Coalition Against Domestic Violence, Inc. ("the Coalition"), by and through counsel, move to extend the briefing schedule for Defendant's Motion to Dismiss. In support thereof the parties aver as follows:

1. On June 6, 2019, the Coalition instituted this action seeking declaratory and injunctive relief by filing a Complaint.

2. On June 28, 2019, the parties stipulated to an extension of the time for Defendant to respond to the Coalition's Complaint to and including August 5, 2019.

3. On August 5, 2019, Defendant moved to dismiss the Coalition's Complaint.

4. Pursuant to Local Rule of Civil Procedure 7.1(a)(7), the Coalition's response is due August 19, 2019 and Defendant's reply is due seven days after the Coalition files its response.

5. Counsel for both parties seek an extension so that they may properly brief the issues raised in Defendant's Motion to Dismiss.

Therefore, the Coalition and Defendant move to extend the briefing schedule so that the Coalition's response to Defendant's Motion to Dismiss be due on September 3, 2019 and Defendant's reply thereto be due 14 days after the Coalition files its response.

DATED: August 5, 2019

        COUNSEL FOR PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia

        PATRICK MORRISEY
         ATTORNEY GENERAL

        <u>/s/ Lindsay S. See</u>
        Lindsay S. See (WV Bar #13360)
         *Solicitor General*
        Steven A. Travis (WV Bar #10872)
         *Deputy General Counsel*
        Douglas P. Buffington, II (WV Bar #8157)
         *Senior Deputy Attorney General*
        Office of the West Virginia Attorney General
        1900 Kanawha Blvd., East
        Building 1, Room E-26
        Charleston, WV 25305
        (304) 558-2021
        Lindsay.S.See@wvago.gov
        Steven.A.Travis@wvago.gov
        Doug.P.Buffington@wvago.gov

COUNSEL FOR THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC.

<u>/s/ J. David Fenwick</u>
J. David Fenwick (W. Va. Bar No. 6029)
Lucas R. White (W. Va. Bar No. 12501)
**GOODWIN & GOODWIN, LLP**
300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328
(304) 346-7000
*jdf@goodwingoodwin.com*
*lrw@goodwingoodwin.com*

Deepak Gupta*
Jonathan E. Taylor*
**GUPTA WESSLER PLLC**
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Eric Tirschwell*
Alla Lefkowitz*
James Miller*
**EVERYTOWN LAW**
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646) 324-8222
*etirschwell@everytown.org*

* admitted *pro hac vice*

3