# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### at Charleston

| | | |
|---|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : | |
| *Plaintiff,* | : | |
| v. | : | Case No. 2:19-cv-00434 |
| | : | (Judge John T. Copenhaver, Jr.) |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this _____ day of August, 2019, IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Briefing Schedule is GRANTED. The Coalition shall file its response to Defendant's Motion to Dismiss on or before September 3, 2019. Defendant shall file his reply within 14 days of the Coalition filing its response.

_____
John T. Copenhaver, Jr.
Senior United States District Judge