```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**THE WEST VIRGINIA COALITION**
**AGAINST DOMESTIC VIOLENCE, INC.,**

       Plaintiff,

v.                                      Civil Action No. 2:19-cv-00434

**PATRICK J. MORRISEY, in his**
**official capacity as Attorney**
**General for the State of West**
**Virginia,**

       Defendants.

## ORDER AND NOTICE

Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 08/26/2019 | Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)). |
| 09/05/2019 | Last day for Rule 26(f) meeting. |
| 09/12/2019 | Last day to file Report of Parties' Planning Meeting. See L.R. Civ. P. 16.1. |
| 09/20/2019 | Scheduling conference at 2:30 p.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled. Lead counsel directed to appear. |
| 09/26/2019 | Entry of scheduling order. |
| 10/07/2019 | Last day to serve F.R. Civ. P 26(a)(1) disclosures. |

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: August 6, 2019

John T. Copenhaver, Jr.
Senior United States District Judge