IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    *Plaintiff,*

v.

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia

    *Defendant.*

Case No. 2:19-cv-00434
(Judge John T. Copenhaver, Jr.)

## ORDER

AND NOW, this __6__ day of August, 2019, IT IS HEREBY ORDERED that the parties' Joint Motion to Extend Briefing Schedule is GRANTED. The Coalition shall file its response to Defendant's Motion to Dismiss on or before September 3, 2019. Defendant shall file his reply within 14 days of the Coalition filing its response.

                                        John T. Copenhaver, Jr.
                                        Senior United States District Judge