# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

THE WEST VIRGINIA COALITION AGAINST
DOMESTIC VIOLENCE, INC.,

    *Plaintiff,*

    v.

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant.*

Civil Action No. 2:19-cv-00434
(Judge John T. Copenhaver, Jr.)

## JOINT MOTION FOR APPROVAL OF EXEMPTION
## PURSUANT TO LOCAL RULE 16.1(g)

Plaintiff, The West Virginia Coalition Against Domestic Violence, Inc., by counsel, and

Defendant, Patrick J. Morrisey, in his official capacity as Attorney General for the State of West

Virginia ("WVAG"), jointly move the Court pursuant to Local Rule 16.19(g) for approval that this

case be exempt from the requirements of FR Civ P 16(b), 26(a)(1)-(4) and 26(f).

On August 6, 2019, the Court entered an Order and Notice that among other things,

established deadlines for a Rule 26(f) meeting, filing the report of the Rule 26(f) meeting, and Rule

26(a)(1) disclosures. Plaintiff's Complaint seeks injunctive relief. Pursuant to Local Rule

16.1(g)(3), actions for injunctive relief are among the categories of actions that are exempt from

these requirements. Accordingly, the parties jointly seek the Court's approval to proceed as exempt

from holding a Rule 26(f) meeting, filing the report of the Rule 26(f) meeting, and making Rule

26(a)(1) disclosures.

Respectfully submitted,

/s/ J. David Fenwick
J. David Fenwick (W. Va. Bar No. 6029)
Lucas R. White (W. Va. Bar No. 12501)
**GOODWIN & GOODWIN, LLP**
300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328
(304) 346-7000
*jdf@goodwingoodwin.com*

Deepak Gupta (*admitted pro hac*)
Jonathan E. Taylor (*admitted pro hac*)
**GUPTA WESSLER PLLC**
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Eric Tirschwell (*admitted pro hac*)
Alla Lefkowitz (*admitted pro hac*)
James Miller (*admitted pro hac*)
**EVERYTOWN LAW**
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646)324-8222
*etirschwell@everytown.org*

*Counsel for Plaintiff The West Virginia
Coalition Against Domestic Violence, Inc.*


/s/Lindsay S. See
Lindsay S. See (W. Va. Bar No. 13360)
Steven A. Travis (W. Va. Bar No. 10872)
Douglas P. Buffington, II (W. Va. Bar No. 8157)
**OFFICE OF THE ATTORNEY GENERAL**
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
*Lindsay.S.See@wvago.gov*
*Steven.A.Travis@wvago.gov*
*Doug.P.Buffington@wvago.gov*

*Counsel for Patrick Morrisey, Attorney General*