```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

      Plaintiff,

v.                            Civil Action No. 2:19-cv-00434

PATRICK J. MORRISEY, in his
official capacity as Attorney
General for the State of West
Virginia,

      Defendant.

## ORDER

Pending is the parties' Joint Motion for Approval of Exemption Pursuant to Local Rule 16.1(g), filed on August 30, 2019.

As the parties note in their joint motion, Rule 16.1(g)(3) of the Local Rules of Civil Procedure for the Southern District of West Virginia exempts "actions for injunctive relief" from the requirements of Federal Rules of Civil Procedure 16(b), 26(a)(1)-(4) and 26(f) "unless otherwise ordered." Inasmuch as plaintiff's complaint seeks declaratory judgment as well as injunctive relief, the exemption does not apply. The court will nonetheless grant the relief sought in the joint motion and it is hereby ORDERED that the parties may defer holding a Rule 26(f) meeting, filing the report of the

Rule 26(f) meeting, and making Rule 26(a)(1) disclosures until the further order of the court.

This matter can be further addressed at the scheduling conference with the court at 2:30 p.m. on September 20, 2019.

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: September 5, 2019

John T. Copenhaver, Jr.
Senior United States District Judge

2