# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/20/2019								Case Number 2:19-cv-00434
Case Style: The West Virginia Coalition Against Domestic Viole vs. Morrisey
Type of hearing Scheduling Conference
Before the honorable: 2508-Copenhaver
Court Reporter								Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government John Fenwick, Deepak Gupta, James Miller

Attorney(s) for the Defendant(s) Steven Travis

Law Clerk LB								Probation Officer

## Trial Time

## Non-Trial Time

## Court Time

2:31 PM to 2:52 PM
Total Court Time: 0 Hours 21 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 2:30 PM
Actual Start: 2:31 PM

Set forth the schedule for the case.

End Time: 2:52 PM