IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | | |
|---|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : : : | |
| *Plaintiff,* | : : | |
| v. | : : : | Case No. 2:19-cv-00434 (Judge John T. Copenhaver, Jr.) |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | : : : : : | |
| *Defendant.* | : | |

## STIPULATION

Consistent with the discussions held during the September 20, 2019 scheduling conference, The West Virginia Coalition Against Domestic Violence, Inc. and West Virginia Attorney General Patrick J. Morrisey hereby stipulate to entry of the attached stipulated order.

    COUNSEL FOR PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia

    PATRICK MORRISEY
     ATTORNEY GENERAL

    <u>/s/ Steven A. Travis</u>
    Steven A. Travis (WV Bar #10872)
     *Deputy General Counsel*
    Lindsay S. See (WV Bar #13360)
     *Solicitor General*
    Douglas P. Buffington, II (WV Bar #8157)
     *Senior Deputy Attorney General*
    Office of the West Virginia Attorney General
    1900 Kanawha Blvd., East

Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Steven.A.Travis@wvago.gov
Lindsay.S.See@wvago.gov
Doug.P.Buffington@wvago.gov

COUNSEL FOR THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC.

/s/ J. David Fenwick
J. David Fenwick (W. Va. Bar No. 6029)
Lucas R. White (W. Va. Bar No. 12501)
**GOODWIN & GOODWIN, LLP**
300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328
(304) 346-7000
*jdf@goodwingoodwin.com*
*lrw@goodwingoodwin.com*

Deepak Gupta*
Jonathan E. Taylor*
**GUPTA WESSLER PLLC**
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

Eric Tirschwell*
Alla Lefkowitz*
James Miller*
**EVERYTOWN LAW**
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646) 324-8222
*etirschwell@everytown.org*

* admitted *pro hac vice*