# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### at Charleston

| | | |
|---|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : : : | |
| *Plaintiff,* | : : | |
| v. | : : : | Case No. 2:19-cv-00434 (Judge John T. Copenhaver, Jr.) |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | : : : : : | |
| *Defendant.* | : | |

## STIPULATED ORDER

AND NOW, this _____ day of September, 2019, IT IS HEREBY ORDERED, based on Plaintiff's representation that Count I of the Complaint asserts only a First Amendment Claim, and does not assert a procedural due-process claim that is separate from the First Amendment Claim, that Defendant's request for a more definite statement is therefore WITHDRAWN.

_____
John T. Copenhaver, Jr.
Senior United States District Judge