IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    *Plaintiff,*

v.

Case No. 2:19-cv-00434
(Judge John T. Copenhaver, Jr.)

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia

    *Defendant.*

## STIPULATED ORDER

AND NOW, this __26__ day of September, 2019, IT IS HEREBY ORDERED, based on Plaintiff's representation that Count I of the Complaint asserts only a First Amendment Claim, and does not assert a procedural due-process claim that is separate from the First Amendment Claim, that Defendant's request for a more definite statement is therefore WITHDRAWN.

_____
John T. Copenhaver, Jr.
Senior United States District Judge