IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | |
|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | |
| *Plaintiff,* | |
| v. | Case No. 2:19-cv-00434 (Judge John T. Copenhaver, Jr.) |
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | |
| *Defendant.* | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant Patrick J. Morrisey in the above-captioned matter.

DATED: November 12, 2019     /s/John M. Masslon II
                                                    John M. Masslon II (WV Bar #13650)
                                                    Office of the West Virginia Attorney General
                                                    1900 Kanawha Blvd. East
                                                    Building 1, Room E-26
                                                    Charleston, WV 25305
                                                    (304) 558-2021
                                                    Fax: (304) 558-0140
                                                    John.M.Masslon@wvago.gov