# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### at Charleston

| | |
|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., | : : : |
| *Plaintiff,* | : : |
| v. | : : : : : : : : : : | 
| PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia | |
| *Defendant.* | : |

Case No. 2:19-cv-00434
(Judge John T. Copenhaver, Jr.)

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF COURT:

Pursuant to Local Rule of Civil Procedure 83.4(a), kindly withdraw my appearance as counsel for Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia. Doug P. Buffington II, Lindsay S. See, and Steven A. Travis have entered appearances in this case and will continue representing Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia.

DATED: October 14, 2020

/s/ John M. Masslon II
John M. Masslon II (WV Bar #13650)
 *Assistant Solicitor General*
1900 Kanawha Blvd., East
Building 1, Room E-26
Charleston, WV 25305-0220
Email: John.M.Masslon@wvago.gov
Telephone: (304) 558-2021
Facsimile: (304) 558-0140