```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    Plaintiff,

v.                            Civil Action No. 2:19-cv-00434

PATRICK J. MORRISEY, in his
official capacity as Attorney
General for the State of West
Virginia,

    Defendant.

## ORDER

In light of the memorandum opinion and order entered this day, it is ORDERED that the parties appear for a courtroom status conference on December 3, 2020 at 11:00 a.m. at the Robert C. Byrd United States Courthouse in Charleston, West Virginia.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                ENTER:  November 25, 2020

                                John T. Copenhaver, Jr.
                                Senior United States District Judge