# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:  12/3/2020                                                    Case Number     2:19-cv-00434

Case Style         The West Virginia Coalition Against Domestic Viole vs. Morrisey

Type of hearing    Status Conference

Before the honorable: 2508-Copenhaver

Court Reporter                                                      Courtroom Deputy  Law Clerk

Attorney(s) for the Plaintiff or Government

John Fenwick, Lucas White

Attorney(s) for the Defendant(s)

Steven Travis

Law Clerk          JM

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 11:00 AM | 11:15 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:15

## Courtroom Notes

Scheduled Start Time: 11:00 a.m.
Actual Start Time: 11:04 a.m.

Counsel noted appearances.  The court discussed a schedule for filing an answer, joint stipulation of facts, and motions for summary judgment with counsel.  The court decided upon a schedule to be entered by separate order.  The court and counsel discussed the procedure for filing documents containing confidential information.

End Time: 11:16 a.m.