UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    Plaintiff,

v.                        Civil Action No. 2:19-cv-00434

PATRICK J. MORRISEY, in his
official capacity as Attorney
General for the State of West
Virginia,

    Defendant.

## ORDER

Pursuant to the status conference, it is ORDERED that the parties adhere to the following schedule for disposition of this action:

| Deadline | Date |
|---|---|
| Defendant's answer | 01/15/2021 |
| Joint stipulation of facts | 01/29/2021 |
| Plaintiff's motion for summary judgment | 03/15/2021 |
| Defendant's response and cross-motion for summary judgment | 04/05/2021 |
| Plaintiff's response and reply | 04/26/2021 |
| Defendant's reply | 05/10/2021 |

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: December 11, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge