```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    Plaintiff,

v.                              Civil Action No. 2:19-cv-00434

PATRICK J. MORRISEY, in his
official capacity as Attorney
General for the State of West
Virginia,

    Defendant.

## ORDER

Pending is the plaintiff's motion to exceed the page limit in its memorandum in support of its forthcoming motion for summary judgment, filed March 8, 2021. ECF No. 35.

The plaintiff seeks leave to file a memorandum of up to twenty-five pages. The plaintiff asserts that twenty-five pages are necessary inasmuch as the motion will present constitutional claims involving in-depth analyses, review and discuss caselaw from other jurisdictions, and discuss evidence from constituent members pertaining to the impact of the West Virginia statute at issue on their programs.

The court finds good cause to allow the plaintiff's memorandum to exceed the page limit. Accordingly, it is ORDERED that the plaintiff's motion (ECF No. 35) be, and it hereby is, GRANTED.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: March 9, 2021

John T. Copenhaver, Jr.
Senior United States District Judge