▮▮▮▮▮▮▮▮▮▮

## General Health and Safety Agreement for Residents

▮▮▮▮▮▮ is a temporary, emergency shelter for victims of domestic and sexual violence and their children. Because we come from all walks of life and share this space together, we want each resident to feel comfortable, safe and at ease in our shelter. Community living is not for everyone. ▮▮▮ will not allow abusive behavior to be exhibited by anyone toward anyone at any time. In community living environments, what we do and don't do, can have a significant impact on others. We ask that each of our residents, staff and volunteers treat each other with the utmost respect at all times.

This Agreement is the culmination of federal, state and county regulations and requirements we are required to operate under and was created for your safety, health, privacy, and the welfare of your children while staying with us.

1. Weapons are strictly prohibited at our shelter.

2. Illegal Drugs and Alcohol are strictly prohibited at our shelter.

3. By order of the ▮▮▮ County Health Department, smoking is not allowed inside of the shelter. Shelter residents are welcome to smoke outside the shelter in the designated smoking area on the back patio next to the kitchen.

4. By order of the ▮▮▮ County Health Department, animals are not allowed inside the shelter. If a family pet needs to be accommodated, ▮▮▮ staff will try to make accommodations for the pet during your stay at the shelter. Service animals are exempt from the Health Department order on animals.

5. For the safety of all residents and ▮▮▮ staff, only ▮▮▮ staff and volunteers may answer the telephone or the door.

6. The confidentiality of all residents is critical to their safety. Breaches of confidentiality could jeopardize the safety of all residents of the shelter as well as ▮▮▮ staff and volunteers. We ask that all residents maintain the confidentiality of every resident staying at our shelter as well as the reasons for their stay at our shelter.

Revised November 16, 2020

▮

**General Health and Safety Agreement for Residents**
Page 2

7. For the safety of all residents, children and ▮ staff and volunteers, ▮ strongly discourages phone and other contact with your abuser while staying at the shelter.

8. To protect resident confidentiality, visitors are not permitted on the residential side of the shelter. If you plan to have a visitor come to the shelter, please advise our staff at least 24 hours in advance to allow time to provide a space for your visit.

9. To protect resident and ▮ staff and volunteer confidentiality as well as to protect the safety of residents, ▮ staff and volunteers, pictures and/or videos taken with cell phones, cameras and laptop computers with webcam capabilities are prohibited.

10. We work hard to keep our shelter clean and comfortable at all times for residents both now and in the future. Damage to or theft of ▮ property by shelter residents or family members will not be tolerated.

11. For the protection of all shelter residents, ▮ staff and volunteers, residents are not permitted in the rooms of other residents at any time for any reason.

12. No sexual activity of any kind between residents, ▮ staff or volunteers is permitted in the shelter.

13. For the protection of all shelter residents, ▮ staff and volunteers and to prevent the possibility of prescription medication abuses or accidental overdoses, residents may only take prescription medication as specifically prescribed by their doctors while staying at the shelter. Attempts to take more prescription medication than prescribed or attempts to use illegal drugs or alcohol while staying at the shelter will not be tolerated.

▮ looks forward to being able to provide advocacy and other supportive services to you.

Revised November 16, 2020

Program A Decl., Ex. 4

▉▉▉▉▉▉▉▉▉▉▉.

**General Health and Safety Agreement for Residents**
Page 3

By signing below, I acknowledge that this Agreement has been explained to me. I also acknowledge I have read and understand the terms outlined in this Agreement. I agree to abide by the terms of this Agreement during my stay with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

I am also certifying that I have been given a copy of the Agreement as signed by me.

_____
Resident Signature

_____
▉▉ Staff Signature

_____
Date

Revised November 16, 2020