## VIII.  CONDITIONS OF EMPLOYMENT

A.  **Employee Practice**:  Employees are to be informed of the behavior expected of them and the rules, regulations, policies, procedures and practices by which they must abide.  Such rules, regulations, etc. will be given in writing to employees in the form of these Employee Guidelines and will include the specific job description for the employee's position.   New employees will be oriented to such at the time of their employment.

B.  **Orientation**:   On the first day of employment, the employee will be informed of all ▮▮ policies and practices and receive printed materials on policies and benefit forms.   The employee will then be directed to the worksite.   As soon as possible after the employee reports to work, the Executive Director and/or the employee's supervisor will brief the employee on the following:

    1.    ▮▮ Mission Statement and Operating Philosophy
    2.    Tour of the Work Site
    3.    Job Description and Responsibilities of the Employee
    4.    120-day Provisional Period
    5.    ▮▮ Paperwork and Procedures
    6.    New Hire Paperwork and Benefit Forms
    7.    Employee Guidelines, including the following:
        a.    Employee Development
        b.    Performance Evaluation
        c.    Positions and Salaries
        d.    Payroll and Work Schedules
        e.    Employee Benefits
        f.    Employee Expenses
        g.    Conduct
        h.    Discipline
        i.    Company Electronic Equipment
        j.    Termination of Employment
        k.    Grievances
        l.    Whistleblower Policy
        m.    Lines of Authority
        n.    Drug and Alcohol-Free Workplace Policy
        o.    Electronic Communication and Non Privacy
        p.    Motor Vehicle Texting and E-Mail Safety Policy
        q.    VAWA 2005 Confidentiality Guidelines/Requirements
        r.    Prohibited Use of Cell Phone While Operating a Motor Vehicle
        s.    Non-Violence and Weapons Policy

C.  **120 Day Provisional Period**:  There is a 120-Day Provisional Period for all newly hired employees.  During the 120-Day Provisional Period, ▮▮ or the individual may terminate the employment relationship at any time. During the 120-Day Provisional Period, the employee accrues no rights or benefits other than Health Insurance if applicable.

confidentiality and privacy in regard to history, records, and discussions about the people served.  Disclosure may be made only under specified conditions.  This means that staff shall not disclose any information about a person, including the fact that the person is or is not served by ███ to anyone outside the organization, unless a written release has been secured from the client, or unless required by law.

Any information received by an employee on a confidential basis must be maintained in confidence.  For a more in depth understanding of ███ confidentiality policy, refer to the section on confidentiality in this handbook.  Please also refer to the 2005 VAWA Confidentiality Requirements Acknowledgement that is attached to, and a part of this handbook for further guidance and instruction.

**B.**  **Personal Conduct:** The standard of employee conduct normally required in a place of employment (such as no fighting, obscenities, use of weapons, drugs or alcoholic beverages on premises, theft, or misuse of equipment or furnishings) will be expected, whether or not such things are in writing.  An employee is expected to conduct herself/himself at all times in a manner befitting her/his status as an employee ███.  She/he shall refrain from any action and avoid any kind of public pronouncement or behavior which reflects or could reflect adversely upon the ███  An employee should exercise the utmost discretion in regard to all matters of official business and records.

1.  **Public Statements:** An employee may not speak to the press/media as an official spokesperson of ███ without prior clearance of the Executive Director.

2.  **Public Appearance:**  Any employee asked by an outside agency or organization to appear as a guest speaker or invited program participant representing the ███ must obtain prior clearance from the Executive Director.

3.  **Gifts and Gratuities:**  Employees of ███ are prohibited from accepting gifts, money, and gratuities from persons receiving benefits or services from ███ or from persons performing services under contract to ███ or otherwise in a position to benefit from an employee action.  Employees may not purchase or remove items from ███ for personal benefit or use without the approval of the Executive Director.

4.  **Dress Code:**  Employees shall report to work dressed neatly and appropriately.  Causal, but not immodest, dress is allowed at ███ offices during regular office hours:  however, during conferences and formal meetings, or when publicly representing ███ staff will be expected to dress professionally.  Specifically, staff should not wear

Program A Decl., Ex. 5

for and fulfilling their responsibilities of elected office. Staff granted leave under this policy must comply with ▆▆ policy for unpaid leave.

**H.**    **Solicitation:**  No solicitation will be allowed to or by employees during work time or on work premises. Employees may not distribute literature or printed materials of any kind, sell merchandise, solicit financial contributions, or solicit for any other cause during working time or in working areas at any time.

**I.**    **Safety:**  It is the goal of the ▆▆ to provide a safe, hazard-free environment for all employees.  Employees must report any hazardous or unsafe working conditions to management immediately.



**J.**    **Weapons:**  Weapons are strictly prohibited on ▆▆ property as well as any location or activity where ▆▆ and/or ▆▆ employees are or may be conducting business. Concealing a weapon or attempting to conceal a weapon on ▆▆ property or any location or activity where ▆▆ and/or ▆▆ employees are or may be conducting business will be cause for immediate termination.  Law Enforcement Officers acting in their official capacity are exempt from this weapons policy.

**K.**    **Violence in the workplace:**  ▆▆ recognizes that anyone can be a victim of domestic or sexual violence and that likewise, anyone can be a perpetrator.  In order to support our goal of helping victims achieve safety and holding perpetrators accountable, ▆▆ maintains the following policies for its employees who experience domestic violence or sexual assault.

1.    Employees who disclose to the Executive Director, any staff or board member of ▆▆ that they are a victim of domestic or sexual violence can expect confidentiality to be respected, unless confidentiality places others in the workplace at risk.

2.    Employees who are victims of domestic or sexual violence may use earned paid leave time (personal days and vacation days) to handle domestic violence related concerns.  This includes, but is not limited to, court appearances and other legal matters, relocation, support groups/counseling, health care, or child/dependent-related safety needs.  Use of paid leave time must be requested and approved in accordance with ▆▆ employee guidelines.

3.    Employees should report concerns about their personal safety to their immediate supervisor.  Employees can expect that ▆▆ will address the employee's safety concerns confidentially with the Executive Director on an individual basis.

4.    Employees can expect to receive referrals to external direct service providers to address emotional and physical safety needs.  Employees

Program A Decl., Ex. 5