G. **Governmental and Political Activity:** ▮ encourages staff to take an active interest in government and political affairs, and ▮ staff has the right to express their personal opinions with respect to government and political affairs. ▮ staff may not, however, participate in government or political activity at any time during regular working hours or at any time while being paid by ▮ and is subject to the following conditions:

1. No action will be allowed by any person that infringes on the right of any staff person to decide which candidates or positions to support.

   ▮ will not endorse or contribute to any political candidate, party, or cause.

2. Staff is not allowed to give the impression that any political action or position represents ▮

3. Staff is not allowed to directly or indirectly coerce, attempt to coerce, command or advise any other staff member or client to pay, lend or contribute anything of value to a party, committee, organization, or person for political purpose.

4. Staff wishing to seek elective office should inform the Executive Director. Subject to the requirements of law, ▮ may grant unpaid leave to staff seeking elective office for the purposes of campaigning for and fulfilling their responsibilities of elected office.

   Staff granted leave under this policy must comply with ▮ policy for unpaid leave.

H. **Solicitation:** No solicitation will be allowed to or by employees during work time or on work premises. Employees may not distribute literature or printed materials of any kind, sell merchandise, solicit financial contributions, or solicit for any other cause during working time or in working areas at any time.

I. **Safety:** It is the goal of the ▮ to provide a safe, hazard-free environment for all employees. Employees must report any hazardous or unsafe working conditions to management immediately.

J. **Weapons:** Weapons are strictly prohibited in ▮ shelter facility. Law Enforcement Officers acting in their official capacity are exempt from this weapons policy.

K. **Violence in the workplace:** ▮ recognizes that anyone can be a victim of domestic or sexual violence and that likewise, anyone can be a perpetrator. In order to support our goal of helping victims achieve safety and holding perpetrators accountable, ▮ maintains the following policies for its employees who experience domestic violence or sexual assault.