# STATEMENT OF PURPOSE

The purpose of ▮▮▮▮▮▮ is to advocate and support social change that will result in non-violent relationships, homes, and communities.

To achieve this social change, ▮▮▮▮ provides public education, direct services, and programs related to the issue of domestic and sexual violence.

Services are provided in the West Virginia counties of ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮.

Direct services provided to persons who are experiencing domestic and sexual violence are: shelter, 24-hour hotline, counseling, legal advocacy, parenting education, information and referral to appropriate community resources, a family visitation center, transitional housing, and county outreach programs.

Program B Decl., Ex. 1