

*Residential clients*

## Shelter Policies

1. The shelter facility is a temporary shelter for victims of domestic and sexual violence. The shelter is intended as a safe place where persons in crisis may have sufficient time to realistically evaluate their position, explore possible options, make decisions about future plans, and take positive steps towards resolving their crisis situation.
2. All adult residents shall maintain their right to make their own decisions as to present and future course of action, will retain responsibility for their children, and shall be free from violent behavior while residing at the shelter.
3. Adult victims of domestic and sexual violence are eligible to stay at the shelter from one to 30 days contingent upon compliance with case management. The shelter manager will review all extended stays or future re-entry requests. The determination will be based on client records, service plans, and compliance with shelter policies. Clients may use the shelter and its services as often as they have a need and continue to meet eligibility guidelines. Failure to comply with these shelter policies may result in the termination of your stay and will affect the reentry determination in the future.
4. Clients and staff will preserve the individual's right of confidentiality in compliance with all Federal and State Privacy Laws and VAWA Act of 2005; unless, we are court ordered.
5. The following shall not be permitted on the premises of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇: violence, the use of alcohol, drugs (except by prescription), or weapons. Physical violence, punishment, or verbal/emotional abuse will not be permitted among or between adult and child residents.
6. All employees of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are court mandated reporters for child abuse and neglect.
7. In accordance with the State Fire Marshall and ▇▇▇▇▇▇ Health Department, smoking is permitted 20 feet from the shelter facility.
8. EMERGENCY FIRE PROCEDURES: When the fire alarm sounds, evacuate the building quickly. Leave by the closest exit and meet in the front of the shelter. Do not re-enter the shelter until a staff member has approved such actions.
9. When entering or leaving the building use only the front door. You cannot use any other doors n the shelter. The other doors are kept locked for security reasons. When leaving the shelter, be sure to let the staff person on duty know that you are leaving.
10. *Parents are responsible for their children at all times*.
11. Confidentiality must be kept even after you stay at the shelter. Bringing your abuser to the shelter or disclosing to him/her the shelter location can affect re-entry in the future.
12. If you have any questions, comments, or suggestions do not hesitate to speak with a staff member or Executive Director.

Program B Decl., Ex. 2

**CASE MANAGEMENT:** Within 72 hours, you will have a meeting set up with the case manager to work on service plan.

**QUIET TIME:** 9:00 p.m. for children 12 years and under
12:00 a.m. adults are to be in their assigned room

**TELEPHONE:** For calls, clients can make them as needed, but to remember to respect other residents phone use also.

**HOUSE MEETINGS:** As needed, although we try to have one once a week.

**CURFEW:** 9:00 p.m. daily. If you know you are going to be a little late due to work, church, AA or NA, notify the staff person on duty.

**CHORES:** As scheduled. Posted on chore chart weekly.

**VISITORS:** Any visitors must get staff approval and sign a confidentiality statement. All visits are to take place in the living room or fenced in back yard from 9 a.m. – 7 p.m. Sunday – Saturday.

**WHEN EXITING SHELTER:** Complete the following prior to exiting – strip and clean beds, wash all bed linens, dust and vacuum your room, and complete the exit interview with staff on duty.

## ███████ Food Regulations

1. All containers must be covered and dated that are stored in the refrigerator. This also pertains to baby food and bottles.
2. All foods must be emptied after two (2) days.
3. All cookware must be placed upside down to protect them from dirt.
4. Use three (3) waters when washing dishes: wash, rinse, bleach water. All dishes must air dry.

By signing below I am agreeing to adhere to the shelter and kitchen policies.

_____          _____
Client Name                    Date       Staff Name                   Date

Revised 2012

Program B Decl., Ex. 2