## Policy Prohibiting Weapons in the Workplace

To help ensure a safe workplace, employees shall be prohibited from carrying or bringing any weapon to the workplace. This applies to all employees except law enforcement.

Regardless of whether an employee possesses a concealed weapons permit (CWP), employees are prohibited from carrying or bringing any weapon to the work site or any ▮▮▮▮ property.

Weapons include, but are not limited, to guns, knives, explosives, and any chemical whose purpose is to cause harm to another person.

Any employee who is uncertain whether an instrument or device is prohibited under this policy is obligated to request clarification from the Executive Director to insure the employee is not in violation of this policy.

Employees who violate this policy may be subject to disciplinary action, up to and including termination.

2016
2017
2018