██████████████████████████

SHELTER PARTICIPANT RIGHTS AND RESPONSIBILITIES HANDBOOK

---

*Welcome to* ████████████████████████████████████████████ *shelter!*

Our shelter exists to ensure your safety, provide support and services that promote healing and independence, and offer opportunities to establish healthy relationships. Your experience matters; we want your voice to be heard. As you read through this handbook, please do not hesitate to ask questions or make comments. We strive to offer every opportunity possible for you to make informed decisions and recognize your strengths.

██████ mission is to protect victims, prevent violence, and empower survivors of domestic violence, sexual assault, stalking, dating violence, and human trafficking.  We accomplish this by providing victims and survivors the resources necessary to effectively cope with the personal, social, emotional, and legal ramifications of victimization.

1

Program C Decl., Ex. 2

███████████████████████

SHELTER PARTICIPANT RIGHTS AND RESPONSIBILITIES HANDBOOK

While you are here, you are part of a community. We recognize the challenges that come with communal living; there is limited privacy and lots of strangers.

The following **rights and responsibilities** have been implemented to benefit all community members:

**You have a right** to be safe from verbal, physical, emotional, financial, spiritual, sexual, and mental violence.

**You have a responsibility** to refrain from threats, acts, or words of racism, homophobia, transphobia, ableism, sexism, bullying, intimidation, coercion, control, or harm to another participant or staff member.

**You have a right** to a reasonable amount of privacy.

**You have a responsibility** to respect the boundaries of other shelter participants and staff.

**You have a right to confidentiality**; staff will never release your information without your expressed, written consent, nor will staff

2

Program C Decl., Ex. 2

██████████████████████████

SHELTER PARTICIPANT RIGHTS AND RESPONSIBILITIES HANDBOOK

discuss case management or other private details about a participant to another participant.

**Note about mandated reporting**: All staff of ██████████████ ████████████ are federally mandated reporters, and are required by law to report child abuse, elder abuse, and the abuse of incapacitated adults that may be disclosed or witnessed.

**You have a responsibility** to not reveal the location of the shelter or the identity of its participants; if a participant wishes to meet with family or friends, they must do so at a neutral location off shelter premises and away from the parking area.

**You have the right** to a drug, alcohol, and weapon-free environment.

**You have a responsibility** to keep all over the counter and prescription medications locked in the provided lockers and to not bring illicit substances, alcohol, and/or weapons (including: knives, firearms, swords, etc) onto shelter property (including parking lot).

**You have the right** to dignity and respect.

3

Program C Decl., Ex. 2

SHELTER PARTICIPANT RIGHTS AND RESPONSIBILITIES HANDBOOK

**You have the responsibility** to treat all members of the community and staff with dignity and respect.

**You have the right** to a clean and hygienic living environment.

**You have the responsibility** to complete assigned chores, clean up messes you make, and keep your bedroom clean and orderly.

**You have the right** to access nutritionally adequate food; ▊ provides meat, dairy, fresh fruits and vegetables, nuts, seeds, grains, snacks, etc. to all participants.

**You have the responsibility** to eat only food that ▊ provides or that you have bought yourself and to refrain from eating food other participants buy for themselves.

**You have the right** to participate fully in the creation of your case management goals and objectives during your stay at ▊

**You have the responsibility** to work towards goals and objectives set with the case manager, utilizing the supports and resources available to you.

4

Program C Decl., Ex. 2

███████████████

SHELTER PARTICIPANT RIGHTS AND RESPONSIBILITIES HANDBOOK

**You have the right** to request accommodations to ensure your ability to participate in all aspects of ███ and its programs.

**You have the responsibility** to inform staff of any accommodations you may require.

**You have the right** to be informed of your human, civil, and legal rights, and to speak up if/when you feel those rights have been violated.

**You have the responsibility** to respect the human, civil, and legal rights of other shelter participants and staff.

**You have the right** to file a grievance if issues arise between staff, individuals, or families living at ███

**You have the responsibility** to inform staff if you feel that any staff member has breached policy, confidentiality, or has treated you unfairly.

---

███ **Program Policies**

5

Program C Decl., Ex. 2