██████████████████████████

Employee, Volunteer and Intern
Policy and Procedure Manual

THIS MANUAL AND THE POLICIES CONTAINED HEREIN WERE LAST REVIEWED AND UPDATED February 2020 ~~January 2019~~

_____
EXECUTIVE DIRECTOR


_____
PRESIDENT, BOARD OF DIRECTORS

Program C Decl., Ex. 3

Drug and Alcohol Use Prohibited:  No employee of ▮▮▮ shall unlawfully manufacture, distribute, dispense, possess or use a substance deemed an illegal drug or controlled dangerous substance under the laws of any state or the United States of America.  No employee shall use alcohol within the workplace or use it outside of the workplace in any manner affecting the workplace, and no employee shall misuse a legal drug (i.e., in violation of its prescription or other applicable medical directions) in the workplace or outside the workplace in a manner affecting the workplace.

Any employee who violates that prohibition shall be deemed guilty of conduct detrimental to ▮▮▮ and shall be subject to appropriate disciplinary action, including, but not limited to termination.  Compliance with the policy is a condition of employment by ▮▮▮

**POSSESSION OF FIREARMS AND WEAPONS**

Firearms and weapons are prohibited on ▮▮▮ property**.**

## CONFLICT RESOLUTION

Whenever a number of people work together, personal problems or differences will occasionally arise.  Normally, these concerns can be resolved informally within each department.  The first step toward a solution to a problem is a frank and early discussion with your immediate supervisor.  You and your supervisor may also call upon the Executive Director for counsel and assistance.

▮▮▮ wishes to resolve differences of opinion, disputes, or controversies concerning any aspect of services or the application of its policies or procedures and employment practices.  The Executive Director shall be informed of situations that may become detrimental to good personnel relations.

Personnel with complaints or concerns are encouraged to communicate these verbally or in writing to their supervisors.  The supervisor will endeavor to address the concerns or complaints.

If the issue cannot be resolved, the supervisor or person complaining notifies the Executive Director, or the President of the Board of Directors, stating the problem or action alleged and the date the supervisor was notified.

Allegations include but are not exclusive to discrimination, harassment, retaliation, internal theft, violence, unsafe acts, and all other forms of workplace wrongdoing.

No employee will be subjected to any type of retaliation or reprisal for filing a grievance and such grievances will be kept confidential to the extent practicable and otherwise consistent with ▮▮▮ policies.

Program C Decl., Ex. 3

## RULES OF CONDUCT

In the interest of safety for all concerned, the following rules of conduct apply to all employees, volunteers and interns. Commission of any of the following offenses will result in discipline up to and including termination of employment. The following list is included for illustration only, and is not intended to be an exclusive statement of the grounds for discipline or discharge.
1. Possession of firearms or other weapons on ▮ premises
2. Possession of, or being under the influence of alcohol, drugs or other mind-altering substances while on ▮ premises, or in ▮ business
3. Falsification of the employee's activity record, including completing that of another employee or allowing another employee to complete one's own activity record
4. Failure to comply with safety standards
5. Fighting or other disorderly conduct on ▮ premises
6. Theft, stealing, or unauthorized use of ▮ funds, equipment, or property
7. Insubordination, including failure to comply with a supervisor's direction and work assignments
8. Dishonestly, including falsification of employment application or other ▮ documents
9. Gambling on ▮ premises
10. Deliberate or intentional breach of confidentiality rules

**Progressive Disciplinary Action**

▮ generally follows a progressive discipline policy when the nature of the infraction is not so serious as to require termination and the employee can reasonably be expected to improve satisfactorily as a result of the lesser discipline. However, ▮ reserves the right to take any action it deems prudent under the circumstances, in its sole judgement.

Progressive disciplinary actions may include, but are not limited to, any of the following four steps: (1) verbal counseling sessions; (2) letter of written; (3) suspension with or without pay, job reassignment, or final warning; and (4) termination of employment. There may be circumstances when one or more steps are bypassed. Certain types of employee problems may be serious enough or as problematic as to justify either a suspension, or, in extreme situations, termination of employment without going through the usual progressive discipline steps.

If an employee disagrees with the disciplinary action, the employee may take the necessary steps to appeal the supervisor's decision as outline in the Grievance Procedure section.

## LEAVE POLICIES

### JURY DUTY

33

Program C Decl., Ex. 3

In order for someone to be sheltered in our facility they must fall within the following criteria:

1. The client must report that they are a victim of domestic violence, sexual assault, stalking or human trafficking and perceive an immediate threat of harm or danger and/or

2. They are seeking services for their children with the same criteria

### Policy Regarding Exit Interviews with Clients

_____ will request the exit interviews be completed with all adult clients who leave the shelter.

- The shelter advocate will offer to complete a shelter exit interview form with adult clients who leave shelter. The completion of Exit Interview will be optional for the client, but all clients are to be encouraged to complete one.

- If the client reports something significant – either positive or negative, this information should be shared immediately with the Shelter Manager and/or Executive Director.

- Exit interview forms that are completed will be reviewed by the Shelter Manager and/or Executive Director to improve services to victims served in the shelter.

### Policy Regarding Follow-Up with Clients

_____ adheres to the following procedure in regard to follow-up with clients who have stopped seeking services:

- _____ does not formally follow-up with clients who leave services for fear of jeopardizing client safety.

- _____ recognizes there may be friends or family members who may request staff contact the client for continued fear for the client. Again, the staff will not follow-up with the client but will encourage the family member or friend to contact the local law enforcement if they feel their concern rises to that level.

- _____ will encourage family and friends to have the victim contact \_\_\_ again if they feel the client is in need of further services.

### Policy Regarding Victims' Rights:

Victims have the right to make their own decisions, to retain the responsibility of their children, and to be free from violent behavior.

Program C Decl., Ex. 3

These basis rights, along with the right to confidentiality, and the following shelter requirements will be posted inside the shelter. Additionally, all clients, as part of their intake paperwork into shelter, will sign and acknowledging that they have read and understand these rights and responsibilities:

- No alcohol/drugs/weapons: For the safety of all community members, and to stay compliant with family protection service board regulations ▮ is an alcohol/drugs/weapon free community.

- Mutual Respect: This is for people who have experienced interpersonal violence. The overall goal for the shelter is to create a safe space that promotes healing, empowerment, and independence. To create that safe space, residents must practice mutual respect and compromise.

- Confidentiality: Staff will never release your information without your expressed, written consent. In order to keep everyone safe, all residents are asked to protect the location of the shelter and the identity of residents. If you need to meet with friends and family, please meet at a location outside of the shelter or parking area.

- Answering the front door: A 24 hours intercom and monitoring system managed by staff ensures the safety of everyone in shelter. In the event that staff are unable to answer the door, please do not answer the door for anyone.

- Telephone: There is a telephone available downstairs in the laundry room and upstairs in the resident work space. In order to protect confidentiality, we will not confirm your residency, but we will leave a note on your door letting you know you have a message.

- Household responsibilities: In order to keep the community functioning at its best, all residents participate in shared chores. A chore chart can be found on the refrigerator, and lists weekly and daily chores for residents.

- Food: ▮ utilizes a standard grocery list, and stocks the kitchen with those items weekly. Food that is available to anyone is labeled "▮ Residents are encouraged to save their money and food stamps for future use. If food is purchases by resident, it must be clearly labeled with initials and date. Please store all food in the kitchen.

- Tobacco products: All tobacco or tobacco products must be utilized outside of the shelter. There is a designated area on the back porch.

## Policy Regarding the Acknowledgement of Donors

[Formatted: Font: 18 pt, Bold]

In accordance with federal guidelines relating to ▮ 501(c)(3) status, donors donating $250 in cash will receive a written acknowledgement from ▮

- All donors making a cash donation to the agency will receive a written acknowledgement of their donation.

Program C Decl., Ex. 3