

Mission Statement

The mission of the West Virginia Coalition Against Domestic Violence (WVCADV) is to end personal and institutional violence in the lives of people of all genders and ages.

The WVCADV works to transform social, cultural, and political attitudes through public awareness, policy development, community organizing, education and advocacy in ways that promote values of respect, mutuality, accountability and non-violence in local, statewide, national and global communities.

Vision Statement:

WVCADV is founded on the vision and belief that every person has the right to be safe, empowered, and free from violence and the fear of violence. Central to this belief, WVCADV seeks to eliminate domestic violence, sexual assault, stalking, dating violence and human trafficking. Additionally, the agency aims to reduce related social problems, such as child abuse, substance abuse, sexism, racism, and other forms of oppression.

Principles of Unity

*We believe* that violence is a societal configuration and not an individual psychological dysfunction.

*We concur* that oppressions such as racism, sexism, heterosexism, and classism contribute to the perpetuation of violence.

*We commit* ourselves to the work of building a non-profit coalition among domestic violence service providers by promoting communication, support, and networking that will ensure the availability of comprehensive quality services.

*We advocate* for social change at all levels.

*We encourage* the development of model programs within the member programs.

*We support* implementation of projects with regional focus.

*We agree* that a priority of resources shall be to ensure that victims of domestic violence,

Thomas Decl., Ex. 1

both within and without shelters, shall have access to adequate direct and preventive services.

*We recommend* that abusive partners be referred to adequate and appropriate programs.

*We recognize* the autonomy of local programs.

*We agree* that WVCADV and its member programs shall not discriminate against any person on the basis of race, color, gender, religion, sexual identity, national origin, handicap, age, marital status, or any other basis prohibited by law.

*We agree* that WVCADV will participate in national and regional organizations committed to the prevention of violence against women.

*We agree* that WVCADV is committed to eliminating racism, homophobia, transphobia, sexism, ableism and all other forms of oppression. We understand that this is a limitless process, which requires ongoing openness, diligence and work. We believe that any form of oppression enables domestic violence, sexual assault, stalking, dating violence and human trafficking, and therefore efforts to end these victimizations must include an anti-oppression agenda.

Corporate Positions

- WVCADV adheres to the Civil Rights Acts Amendments and supports public policy that assures the basic human rights of all individuals regardless of gender, race, religion, sexual orientation, ethnicity, physical disability as included in the ADA and that protects them from crime motivated by hate.

- Because WVCADV believes in the empowerment of women and their right to make informed choices, WVCADV supports policy that allows women to make decisions regarding all aspects of their live free from government intervention.

- WVCADV opposes the death penalty and affirms more civilized sentencing options of accountability and justice.

Thomas Decl., Ex. 1