# WV Domestic Violence Related Deaths October 1, 2019—September 30, 2020

West Virginia Coalition Against Domestic Violence



Thomas Decl., Ex. 2

# 2020 WV Domestic Violence Related Deaths

An estimated **19** Domestic Violence related deaths occurred in West Virginia for the period of October 1, 2019 – September 30, 2020.

The worst result of domestic violence is the loss of life. This report provides information related to domestic violence related homicides, suicides, and deaths by legal interventions for the period of October 1, 2019 – September 30, 2020.

**This brief accounting in no way represents the total number of domestic violence related deaths in West Virginia** and accounts for adults (18 years or older). Data gathered came from media outlets and information provided by licensed domestic violence programs.

The risk of lethality increases with several risk factors, including separation or an attempt to end the relationship, threats to kill, access to weapons, stalking, forced sex, strangulation during an assault, controlling, possessive, jealous behavior, and escalation of violence. Children not in common in the household, substance abuse, and unemployment are also factors in the risk of lethality.

Thomas Decl., Ex. 2

# 2020 WV Domestic Violence Related Deaths

This report depicts the type of relationship that the perpetrator had with the homicide victim(s). The diagram below does not include domestic violence suicides and legal intervention from law enforcement officers.



Perpetrator Relationship to Homicide Victim

| Relationship | Count |
|---|---|
| Son | 2 |
| Father | 1 |
| Husband/Boyfriend | 6 |
| Brother | 1 |
| Son-In-Law | 1 |
| Grandson | 1 |
| Daughter's Boyfriend | 2 |
| Roommate | 1 |
| Male Family Member | 1 |
| Step-Father | 1 |

Thomas Decl., Ex. 2

# 2020 WV Domestic Violence Related Deaths

This report reviews the sex of the perpetrators and victims. Male perpetrators were responsible for 16 (100%) domestic violence homicides. The diagrams below <u>do not</u> include domestic violence suicides and legal intervention from law enforcement officers.



Thomas Decl., Ex. 2

# 2020 WV Domestic Violence Related Deaths

Firearm deaths (12) accounted for 75% of all of the domestic violence homicides. The diagram below <u>does not</u> include domestic violence suicides and legal intervention from law enforcement officers.

## Means of Death - Homicide



| Means | Count |
|---|---|
| Arson | 1 |
| Stabbing | 1 |
| Strangulation and Axe | 1 |
| Firearm | 12 |
| Beaten | 1 |

## Means of Death by Suicide

Of the 19 domestic violence related deaths, 3 were perpetrator suicides.

## Means of Death by Legal Intervention

Of the 19 domestic violence related deaths, zero perpetrators died by law enforcement officer intervention.

## Age of Victim

46 years old was the average age of victims.

Thomas Decl., Ex. 2

# 2020 WV Domestic Violence Related Deaths

## Domestic Violence Related Deaths by County

Of the 55 counties in West Virginia, 14 counties reported domestic violence related deaths.



Domestic Violence Deaths by County (per incident)

Thomas Decl., Ex. 2

# 2020 WV Domestic Violence Related Deaths

- Fayette County – Hayden Dixon killed his girlfriend, Trinity McCallister, by bludgeoning her with an axe and strangling her to death.
- Raleigh County - Ronnie Cochran shot and killed his son, Mathew Cochran.
- Raleigh County - Samuel Taylor shot and killed himself after shooting his girlfriend. His girlfriend survived the shooting.
- McDowell County - Douglas Hawkins shot and killed his mother, Patty Hawkins.
- Monongalia County - Donald Davis shot and killed his step-daughter, Tamatha Pillo.
- Kanawha County - Unnamed son-in-law shot and killed his father-in-law Jacob Smith.
- Wood County - William Nutter and shot and killed his brother, Charles Cottle.
- Mingo County - David Manns shot and killed his grandfather, Homer Manns.
- Taylor County - Nicholas Padron beat his girlfriend's father, Michael Blackburn, to death.
- Raleigh County - Joseph Davis killed his roommate, Margaret Ann Lilly, then set the house on fire.
- Hardy County - Quentin Strawerman, shot and killed his pregnant girlfriend, Ashely McDonald then shot and killed himself.
- Nicholas County - David Allen Stover, Jr. shot and killed his father, David Allen Stover, Sr.
- Logan County - Joshua Gwinn stabbed his girlfriend's father, Roger Endicott, to death.
- Jefferson County - Jeremy Newkirk shot and kill John Wilson. John Wilson was helping the ex-girlfriend of Jeremy Newkirk move out of their residence.
- Hancock County - A juvenile family member shot and killed Melissa Rowland. The juvenile family member also shot and killed Madison Crowe, the daughter of Melissa.
- Roane County - Daniel Payne shot and killed himself during a domestic violence incident.
- Wayne County - Gary Dameron shot and killed his ex-girl friend, Keilee Sparks.
- Monongalia County - Travis Anderson shot and killed his fiancé, Jane Sharak.

Thomas Decl., Ex. 2