# WV Domestic Violence Related Deaths October 1, 2017—September 30, 2018

WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE



Thomas Decl., Ex. 4

# 2018 WV Domestic Violence Related Deaths

An estimated **34** Domestic Violence related deaths occurred in West Virginia for the period of October 1, 2017 – September 30, 2018.

The worst result of domestic violence is the loss of life. This report provides information related to domestic violence related homicides, suicides, and deaths by legal interventions for the period of October 1, 2017 – September 30, 2018.

This brief accounting in no way represents the total number of domestic violence related deaths in West Virginia and accounts for adults (18 years or older). Data gathered came from media outlets and information provided by licensed domestic violence programs.

The risk of lethality increases with several risk factors, including separation or an attempt to end the relationship, threats to kill, access to weapons, stalking, forced sex, strangulation during an assault, controlling, possessive, jealous behavior, and escalation of violence. Children not in common in the household, substance abuse, and unemployment are also factors in the risk of lethality.

Thomas Decl., Ex. 4

# 2018 WV Domestic Violence Related Deaths

This report depicts the type of relationship that the perpetrator had with the homicide victim(s). The diagram below <u>does not</u> include domestic violence suicides and legal intervention from law enforcement officers.



Perpetrator Relationship to Homicide Victim

| Relationship | Count |
|---|---|
| Son | 2 |
| Daughter | 1 |
| Husband/Boyfriend | 10 |
| Wife/Girlfriend | 6 |
| Mother | 1 |
| Stepson | 1 |
| Father's Girlfriend | 1 |
| Girlfriend's Husband | 1 |
| Boyfriends Son | 1 |
| Exgirlfriend's Father | 1 |
| Father-in-Law | 1 |

Thomas Decl., Ex. 4

# 2018 WV Domestic Violence Related Deaths

This report reviews the sex of the perpetrators and victims. Male perpetrators were responsible for 17 (65%) domestic violence homicides.





Thomas Decl., Ex. 4

# 2018 WV Domestic Violence Related Deaths

Firearm deaths (11) accounted for 42% of all of the domestic violence homicides.



### Means of Death - Homicide

- Stabbing: 6
- Arson: 1
- Neglect: 1
- Strangulation: 1
- Vechicle: 1
- Firearm: 11
- Beaten: 4

## Means of Death by Suicide
Of the 34 domestic violence related deaths, 6 were perpetrator suicides.

## Means of Death by Legal Intervention
Of the 34 domestic violence related deaths, two perpetrators died by law enforcement officer intervention.

## Age of Victim
31 years old was the average age of victims.

Thomas Decl., Ex. 4

# 2018 WV Domestic Violence Related Deaths

## Domestic Violence Related Deaths by County

Of the 55 counties in West Virginia, 21 counties reported domestic violence related deaths. The counties below had a highest rates (2 per county).



Domestic Violence Deaths by County

Clay, Cabell, Randolph, Mercer, Ohio, Morgan, Kanwaha, Nicholas

Thomas Decl., Ex. 4

# 2018 WV Domestic Violence Related Deaths

- Clay County - Samuel Lanham shot and killed his father's girlfriend, Jody Thomas. Law enforcement officers then shot and killed Samuel Lanham after he threatened them a gun at them.
- Monroe County – Michael White shot and killed his girlfriend, Leslie McFall.
- Cabell County - Jessica Gordon shot and killed her husband, Christopher Gordon.
- Cabell County - Jennifer Via stabbed her husband, Thomas Via, to death.
- Lincoln County - Edward Jeffers stabbed his wife, Stephanie Jeffers, to death.
- Randolph County - Law enforcement officials shot and killed Spencer Crumbley after he threatened to kill multiple family members then threatened to have a shootout with the police.
- Mercer County - Roger Lemons, Jr. strangled his girlfriend, Angela Seal to death.
- McDowell County - Charles Kennedy shot and killed his girlfriend, Emily Hatfield.
- Marion County - Donald Carpenter shot and killed his wife, Trina Carpenter.
- Randolph County - Ricky Cooper shot and killed his girlfriend, Savanah Bays, then shot and killed himself.
- Harrison County - Melissa McAtee shot and killed her boyfriend, David Cottrill.
- Wood County - James C. Hendershot beat his father, James T. Hendershot, to death.
- Ohio County - Brian Calabrese shot and killed his ex-girlfriend's father, Kenneth Bernier. Brian Calabrese then shot and killed himself.
- Morgan County - Patricia Brooks burned down her home killing her husband, Carroll Brooks, and son, Carl Brooks, inside. Patricia then committed suicide.
- Ritchie County - Alan Ross stabbed his stepfather, James Thompson, to death.
- Mercer County - Roena Mills beat and decapitated her boyfriend's son, Bo White.
- Preston County - Joseph Harrison stabbed his estranged wife, Kimberly Harrison, to death.
- Clay County - Joshua Robertson shot and stabbed his father, Milton Robertson, to death.
- Doddridge County - Richard Bernard shot and killed his wife, Lisa Barnard then shot and killed himself.
- Kanawha County - Lisa Dunlap neglected her mother, Norma Dunlap, which caused her death.
- Kanawha County - Amanda Belcher stabbed her husband, James Belcher, to death.
- Ohio County - Branden Ensminger beat his girlfriend, Rayna Vaughan, to death.
- Mason County - Bunky Cline ran over her boyfriend, Carl Hooton, with her vehicle multiple times kiling him.
- Berkeley County - William Franklin Jr. stabbed his girlfriend, Melissa Lindamood to death.
- Grant County - Steven Smith shot himself to death during a police pursuit after abducting his estranged wife.
- Putnam County - Russel Lewis and his minor son beat Timothy Pierson to death.
- Nicholas County - Vonly York shot and killed his son-in-law. Vonly then shot and killed himself.

Thomas Decl., Ex. 4