# WV Domestic Violence Related Deaths October 1, 2016—September 30, 2017

WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE



Thomas Decl., Ex. 5

# 2017 WV Domestic Violence Related Deaths

**27** Domestic Violence related deaths occurred in West Virginia for the period of October 1, 2016 – September 30, 2017.

The worst result of domestic violence is the loss of life. This report provides information related to domestic violence related homicides, suicides, and deaths by legal interventions for the period of October 1, 2016 – September 30, 2017.

This brief accounting in no way represents the total number of domestic violence related deaths in West Virginia and accounts for adults (18 years or older). Data gathered came from media outlets and information provided by licensed domestic violence programs.

The risk of lethality increases with several risk factors, including separation or an attempt to end the relationship, threats to kill, access to weapons, stalking, forced sex, strangulation during an assault, controlling, possessive, jealous behavior, and escalation of violence. Children not in common in the household, substance abuse, and unemployment are also factors in the risk of lethality.

Thomas Decl., Ex. 5

# 2017 WV Domestic Violence Related Deaths

This report depicts the type of relationship that the perpetrator had with the homicide victim(s). The diagram below <u>does not</u> include domestic violence suicides and legal intervention from law enforcement officers.



Perpetrator Relationship to Homicide Victim

- Father: 2
- Son: 5
- Husband/Boyfriend: 8
- Mother: 1
- Brother-in-Law: 1
- Step Son: 1
- Daughter: 1
- Houseguests: 1

Thomas Decl., Ex. 5

# 2017 WV Domestic Violence Related Deaths

This report reviews the sex of the perpetrators. Male perpetrators were responsible for 18 (90%) domestic violence homicides. Of those homicides, 14 were female victims. The remaining 5 victims killed by male perpetrators were male.

Of the two homicides committed by female perpetrators, one victim was male and one was a female.



Thomas Decl., Ex. 5

# 2017 WV Domestic Violence Related Deaths

Firearm deaths (14) accounted for 67% of all of the domestic violence homicides.

## Means of Death- Homicide



| Means | Count |
|---|---|
| Stabbing | 1 |
| Set on Fire | 1 |
| Neglect | 1 |
| Strangulation | 2 |
| Blunt Force Trauma | 1 |
| Firearm | 14 |
| Pain Medication | 1 |

## Means of Death by Suicide
Of the 27 domestic violence related deaths, 5 were suicides.

## Means of Death by Legal Intervention
Of the 27 domestic violence related death, one perpetrator died by law enforcement officer intervention.

## Age of Victim
52 years old was the average age of victims.

Thomas Decl., Ex. 5

# 2017 WV Domestic Violence Related Deaths

## Domestic Violence Related Deaths by County

There are 55 counties in West Virginia, but only 13 counties reported domestic violence related deaths. Kanawha County had the most deaths, totaling 6.



Domestic Violence Death by County

Thomas Decl., Ex. 5

# 2017 WV Domestic Violence Related Deaths

- Kanawha County - William Stuck shot and killed his daughter, Sandra Nichols.
- Kanawha County - Jose Roman-Capdeville shot and killed himself during a police confrontation after a domestic violence incident.
- Kanawha County - Jason Blount shot and killed his mother Kathy Blount then shot and killed himself.
- Cabell County - Cory Chapman strangled to death his girlfriend, Kayla Adkins and left her body partially submerged in water behind an abandoned barn.
- McDowell County - Michael Kennedy shot and killed his estranged wife, Jessica Daughtery. He also shot and killed his 16-year old step-son during the same incident.
- Cabell County - The mother of Christopher Adkins shot and killed her son while trying the wrestle the gun away from him.
- Wood County - Jeff Sampson shot and killed his ex-wife's house guests, Brandy Hardman and Michael Harman.
- Mercer County - Law enforcement officers shot and killed Daniel Giberson after a domestic violence incident in which Daniel Goberson threatened the officers wielded a knife at the officers.
- Mercer County - Bradford Spencer forced his mother, Virginia Spencer, to overdose on pain pills.
- Jackson County - Darrell Williams Jr. shot and killed his former brother-in-law Bruce Deal.
- Tucker County – Thomas Jones killed himself after leaning his wife had obtained a domestic violence protective order.
- Tucker County - Jason White shot and killed his girlfriend, Nakeia Moore.
- Wayne County - Johnnie Walls shot and killed his stepfather, Walter Toppins.
- Nicholas County - David Geier strangled to death his girlfriend, Teresa Gwinn and hid her body in a refrigerator.
- Mercer County - Amanda Proffitt shot and killed her mother, Connie Proffitt.
- Marshall County - Paul Wilson withheld medication and severely neglected his mother, Susanna Wilson which resulted in her death.
- Kanawha County - Craig Homcomb shot and killed himself during a police pursuit after a domestic violence incident.
- Kanawha County - Larry White shot and killed his son, Corey White.
- Harrison County - Michael Griffith shot and killed his father, Clifford Powers.
- Mercer County - Larry Dillon shot and killed his wife, Sandra Dillon.
- Tucker County - Randy Shull assaulted and killed his girlfriend, Katherine Lillie.
- Monongalia County - Steven Marlarkey shot and killed his wife Linda Malarkey set their house on fire then killed himself.
- Kanawha County - Randall Chapman shot and killed his wife, Shirlene Chapman.
- Raleigh County – Dwayne Lane doused his fiancé, Belinda Cox, with gasoline and lit her on fire. He then tried to burn down the home with two children inside.
- Wood County - Mathew Wilson killed his mother's boyfriend with a machete.

Thomas Decl., Ex. 5