# Separation as a Risk Factor for Victims of Intimate Partner Violence: Beyond Lethality and Injury
## A Response to Campbell

**TK LOGAN**
**ROBERT WALKER**
*University of Kentucky*

**Keywords:**   divorce; separation; victimization; intimate partner violence; women

***Between 25% and 41% of women report*** a lifetime history of physical or sexual assault by an intimate partner (Richardson et al., 2002; Tjaden & Thoennes, 2000; Wilt & Olson, 1996), and the health and mental health consequences of partner victimization are significant (Kilpatrick, Acierno, Resnick, Saunders, & Best, 1997; Resnick, Acierno, & Kilpatrick, 1997). One obvious solution to ending the violence is for a woman to leave or separate from the violent partner. In fact, many, if not most women in abusive relationships do eventually leave violent relationships (Amato & Rogers, 1997; Bradbury & Lawrence, 1999; Testa & Leonard, 2001). However, leaving a violent partner does not always stop the violence. In fact, separation has been identified as an important risk factor for lethal violence and injury (Campbell, 1995; J. Campbell et al., 2003; McFarlane et al., 1999). Although lethal violence and injury are extremely important risks and considerations, there are other often-overlooked risks that women must face when they separate from a violent partner that should be considered in research and interventions. More specifically, women separating in the context of victimization are at high risk for stress, mental health, and health problems; have increased conflict over the children and concern for child safety; and have economic, structural, psychological, and social barriers to help seeking. All of these factors may substantially affect a woman's separation adjustment, well-being, and ability to maintain separation from a violent ex-partner.

JOURNAL OF INTERPERSONAL VIOLENCE, Vol. 19 No. 12, December 2004 1478-1486
DOI: 10.1177/0886260504269699
© 2004 Sage Publications

1478

Downloaded from *jiv.sagepub.com* at PENNSYLVANIA STATE UNIV on September 18, 2016

### Increased Risk for Stress, Mental Health, and Health Problems

Separation is a common life transition with approximately 50% of first marriages and about 60% of second marriages ending in divorce; and more than 60% of cohabitant relationships ending in separation within a 5-year period (Bumpass, Sweet, & Castro Martin, 1990; Cherlin, 1992; Krieder & Fields, 2002; Smock & Manning, 1997; Wu & Balakrishman, 1995). Although separation is common, it is generally a stressful life event and is associated with increased stress levels and negative mental health and health problems for women (Logan, Walker, Jordan, & Campbell, 2004). More specifically, changes in finances, social networks, employment, residence, neighborhoods, childcare, and schools are common for families during the course of a separation. For example, separation usually diminishes the economic standing of women (Amato, 2000; Kreider & Fields, 2002; McKeever & Wolfinger, 2001) and decreases social support systems (Marks, 1996; O'Connor, Hawkins, Dunn, Thorpe, & Golding, 1998; C. Ross, 1995). In addition, separation is often associated with increased demands and complexity. For example, single parents, most of whom are mothers (86%) (Fields & Casper, 2001; Sorensen & Zibman, 2000), are more likely to experience stress and role strain (Amato, 2000; Hope, Rodgers, & Power, 1999; Johnson & Wu, 2002) because they are single-handedly trying to keep the family together economically, psychologically, and physically (e.g., appointments, school responsibilities, extracurricular activities) especially compared to married mothers (Kaiser Family Foundation, 2003; Ladd & Zvonkovic, 1995). Furthermore, conflict in separating and divorcing couples is common especially during property and child custody negotiations (Buchanan & Heiges, 2001). It is likely that these stressors are related to the increased risk of health and mental health problems often reported for separating women (Logan, Walker, Jordan, & Campbell, 2004).

In addition to the stressors, health, and mental health problems that are experienced during a typical separation, women leaving abusive relationships often experience mental health and health problems from the violence during the relationship (Logan, Walker, Cole, & Leukefeld, 2002; Logan, Walker, Jordan, & Leukefeld, 2004). Partner violence experiences have been associated with mental health problems such as anxiety, post-traumatic stress disorder (PTSD), and depression (Golding, 1999; Holtzworth-Munroe, Smultzler, & Sandin, 1997; Weaver & Clum, 1995). Research suggests that the mental health effects of partner victimization can last for years even after the violence has ended for some women depending on the level of cumulative stress over time (Anderson & Saunders, 2003; Anderson, Saunders,

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Yoshihama, Bybee, & Sullivan, 2003). Women with histories of partner violence also report health problems such as acute injuries, chronic health problems, and stress-related health problems (J. Campbell, Woods, Chouaf, & Parker, 2000; Dutton, Haywood, & El-Bayoumi, 1997; Eby, Campbell, Sullivan, & Davidson, 1995; Resnick et al., 1997).

Furthermore, ongoing violence can exacerbate health, mental health, and stress levels. One study found that 95% of women leaving violent relationships continued to experience psychological abuse and 39% experienced continued physical violence after separating (Hotton, 2001). Several longitudinal studies suggest that women who experience frequent and ongoing violence have higher rates of psychological distress than women not experiencing ongoing violence (R. Campbell, Sullivan, & Davidson, 1995; Mechanic, Uhlmansiek, Weaver, & Resick, 2002; Mertin & Mohr, 2001).

**Increased Conflict About the Children
and Concern for Child Safety**

Although conflict and threats of custody disputes may occur in separating couples regardless of violence history, a history of violence changes the context of the custody disputes and the separation experience (Logan, Walker, Jordan, & Campbell, 2004). There is some evidence suggesting that violent ex-partners sometimes use the court system by disputing custody to continue to try to control, intimidate, and harass their partners (J. Campbell, Rose, Kub, & Nedd, 1998; Jaffe, Lemon, & Poisson, 2003). One study found that almost 40% of women leaving partners who were abusive were afraid during custody and child support negotiations (Kurz, 1996). In addition, women leaving partners who were abusive often experience threats to harm or abduct the children (McCloskey, 2001; Mechanic, Weaver, & Resick, 2000), and these threats are especially salient given the research suggesting the overlap between partner violence and child abuse (30% to 60% of cases) (McCloskey, Figueredo, & Koss, 1995; S. Ross, 1996). Thus, not only are women concerned for their own safety, they are also often concerned for their children's safety. Even so, there is some evidence suggesting the criminal justice system does not consider mother's or the child's safety in making custody and visitation determinations (Logan, Walker, Horvath, & Leukefeld, 2003; Logan, Walker, Jordan, & Horvath, 2002), and certain custody and visitation arrangements may actually provide opportunities for a violent ex-partner to continue to harass his ex-partner (Henderson, 1990; Hilton, 1992; Wuest, Ford-Gilboe, Merritt-Gray, & Berman, 2003). Furthermore, the legal system does not always protect women from partner violence that may increase stress levels even further during this transition period (Logan,

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Thomas Decl., Ex. 7

Evans, Stevenson, & Jordan, in press; Logan, Shannon, & Walker, in press; Logan, Stevenson, Evans, & Leukefeld, 2004).

**Economic, Structural, Psychological, and Social Barriers**

Economic strain is a significant issue for women and mothers who are separating in general; however, poverty has particularly been associated with victimization experiences of all types including intimate partner violence victimization (U.S. Department of Justice, 1997, 2000). In addition, women with partner abuse histories often have employment problems because of the violence that may affect their economic stability, independence, and status even after separating (Swanberg & Logan, in press). Women with partner violence histories often experience numerous barriers to accessing health and mental health care as well as more obvious resources such as housing and legal resources (Logan, Evans, Stevenson, & Jordan, in press; Logan et al., in press; Logan, Stevenson et al., 2004). Furthermore, there are many psychological barriers and difficulties women must contend with including psychological adjustment to the separation and the loss of the relationship as well as coming to terms with the victimization experiences (Anderson & Saunders, 2003; Logan, Walker, Jordan, & Campbell, 2004). In addition, almost every woman who has experienced physical and sexual abuse has also experienced psychological abuse (Follingstad, Rutledge, Berg, Hause, & Polek, 1990). However, psychological abuse is extremely harmful and creates substantial barriers for women regarding their self-worth and self-efficacy (Arias & Pape, 1999; Marshall, 1999; Sackett & Saunders, 1999). Research also shows that cognitive difficulties can occur as a result of chronic stress, threats, fear, and mental health problems that can impair decision making, cognitive appraisals of threats and responses to threats, and the ability to maintain separation (Logan, Walker, Jordan, & Campbell, 2004). Finally, women with victimization histories may be socially isolated because of the violence or because of embarrassment and stigma that may be a significant barrier in help seeking and adjustment (Logan, Walker, Jordan, & Campbell, 2004).

*Gaps in the literature.* Understanding there are risks for women separating from partners who are violent beyond lethality and injury is an important step in furthering research and interventions for intimate partner violence victims. However, there are several gaps in the literature that need to be addressed with research to facilitate interventions. First, the literature on separation for women has been developed in isolation from the victimization lit-

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

1482     JOURNAL OF INTERPERSONAL VIOLENCE / December 2004

erature; while at the same time, the victimization literature has paid little attention to the separation literature. Often, separation is seen as so-called the answer to ending the violence and/or as a normal transition. However, interventions cannot be developed without a more clear understanding of this important and risky transition time for women separating in the context of victimization. Second, more information is needed to understand the contextual differences within which separation experiences occur. For example, examining separation in the context of victimization and how cultural norms may influence the separation process is important. In addition, understanding differences among women separating from cohabitant partners who are violent and violent marital partners may be important in understanding the separation process. Moreover, understanding how community resources may hinder or facilitate separation in the context of victimization and individual outcomes is critical. Finally, theoretical models are greatly needed to guide future research as well as interventions. However, it is critical that these models include contextual and individual factors as well as allow for a range of individual responses to both separation and victimization experiences (Logan & Walker, 2004).

## CONCLUSION

Although separation is a commonly experienced life transition, it is generally a stressful life event and is associated with negative mental health and health problems for women regardless of victimization history. The research clearly suggests that separation is a risk factor for lethal violence and injury; however, separation for women leaving partners who are violent poses many risks beyond lethality and injury that should be considered in research and interventions. The full spectrum of risks cannot be addressed without expanding the knowledge base regarding separation in the context of victimization. Understanding the dimensions and critical issues women face when separating from an ex-partner who is violent could make a substantial difference in their individual adjustment and potentially to societal cost over time.

## REFERENCES

Amato, P. (2000). The consequences of divorce for adults and children. *Journal of Marriage and the Family*, *62*, 1269-1287.
Amato, P., & Rogers, S. (1997). A longitudinal study of marital problems and subsequent divorce. *Journal of Marriage and the Family*, *59*, 612-624.

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Thomas Decl., Ex. 7

Anderson, D., & Saunders, D. (2003). Leaving an abusive partner: An empirical review of predictors, the process of leaving, and psychological well-being. *Trauma, Violence, & Abuse*, *4*(2), 163-191.

Anderson, D., Saunders, D., Yoshihama, M., Bybee, D., & Sullivan, C. (2003). Long-term trends in depression among women separated from abusive partners. *Violence Against Women*, *9*(7), 807-838.

Arias, I., & Pape, K. (1999). Psychological abuse: Implications for adjustment and commitment to leave violence partners. *Violence and Victims*, *14*(1), 55-67.

Bradbury, T., & Lawrence, E. (1999). Physical aggression and the longitudinal course of newlywed marriage. In X. Arriaga & S. Oskamp (Eds.), *Violence in intimate relationships* (pp. 181-202). Thousand Oaks, CA: Sage.

Buchanan, C., & Heiges, K. (2001). When conflict continues after the marriage ends: Effects of postdivorce conflict on children. In J. Grych & F. Fincham (Eds.), *Interparental conflict and child development: Theory, research, and applications* (pp. 337-362). New York: Cambridge University Press.

Bumpass, L., Sweet, J., & Castro Martin, T. (1990). Changing patterns of remarriage. *Journal of Marriage and the Family*, *52*, 747-756.

Campbell, J. (1995). Prediction of homicide of and by battered women. In J. Campbell (Ed.), *Assessing the risk of dangerousness: Potential for further violence of sexual offenders, batterers, and child abusers* (pp. 93-113). Thousand Oaks, CA: Sage.

Campbell, J., Rose, L., Kub, J., & Nedd, D. (1998). Voices of strength and resistance: A contextual and longitudinal analysis of women's responses to battering. *Journal of Interpersonal Violence*, *13*, 743-761.

Campbell, J., Webster, D., Koziol-McLain, J., Block, C., Campbell, D., Curry, M., et al. (2003). Risk factors for femicide in abusive relationships: Results from a multi-site case control study. *American Journal of Public Health*, *93*(7), 1089-1097.

Campbell, J., Woods, A., Chouaf, K., & Parker, B. (2000). Reproductive health consequences of partner violence: A nursing research review. *Clinical Nursing Research*, *9*(3), 217-237.

Campbell, R., Sullivan, C., & Davidson, W. (1995). Women who use domestic violence shelters: Changes in depression over time. *Psychology of Women Quarterly*, *19*(2), 237-255.

Cherlin, A. (1992). *Marriage, divorce, remarriage: Social trends in the United States*. Cambridge, MA: Harvard University Press.

Dutton, M., Haywood, Y., & El-Bayoumi, G. (1997). Impact of violence on women's health. In S. Gallant, G. Puryear Keita, & R. Royak-Schaler (Eds.), *Health care for women: Psychological, social, and behavioral influences* (pp. 41-56). Washington, DC: American Psychological Association.

Eby, K., Campbell, J., Sullivan, C., & Davidson, W. (1995). Health effects of experiences of sexual violence for women with abusive partners. *Health Care for Women International*, *16*, 563-576.

Fields, J., & Casper, L. (2001). *America's families and living arrangements: March 2000* (Current Population Reports, P20-537). Washington, DC: U.S. Census Bureau.

Follingstad, D., Rutledge, B., Berg, E., Hause, E., & Polek, D. (1990). The role of emotional abuse in physically abusive relationships. *Journal of Family Violence*, *5*(2), 107-120.

Golding, J. (1999). Intimate partner violence as a risk factor for mental disorders: A meta-analysis. *Journal of Family Violence*, *14*(2), 99-132.

Henderson, A. (1990). Children of abused wives: Their influence on their mothers' decisions. *Canada's Mental Health Journal*, *38*(2/3), 10-13.

Hilton, N. (1992). Battered women's concerns about their children witnessing wife assault. *Journal of Interpersonal Violence*, *7*(1), 77-86.

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Thomas Decl., Ex. 7

1484   JOURNAL OF INTERPERSONAL VIOLENCE / December 2004

Holtzworth-Munroe, A., Smultzler, N., & Sandin, E. (1997). A brief review of the research on husband violence. *Aggression and Violent Behavior*, *2*(2), 179-213.

Hope, S., Rodgers, B., & Power, C. (1999). Marital status transitions and psychological distress: Longitudinal evidence from a national population sample. *Psychological Medicine*, *29*, 381-389.

Hotton, T. (2001). Spousal violence after marital separation. *Juristat*, *21*, 1-19.

Jaffe, P., Lemon, N., & Poisson, S. (2003). *Child custody and domestic violence: A call for safety and accountability*. Thousand Oaks, CA: Sage.

Johnson, D., & Wu, J. (2002). An empirical test of crisis, social selection, and role explanations of the relationship between marital disruption and psychological distress: A pooled time-series analysis of four-wave panel data. *Journal of Marriage and Family*, *64*, 211-224.

Kaiser Family Foundation. (2003, April). *Women, work, and family health: A balancing act* (Issue Brief No. 3336). Washington, DC: Author.

Kilpatrick, D., Acierno, R., Resnick, H., Saunders, B., & Best, C. (1997). A 2-year longitudinal analysis of the relationship between violent assault and substance use in women. *Journal of Consulting and Clinical Psychology*, *65*(5), 834-847.

Kreider, R., & Fields, J. (2002). *Number, timing, and duration of marriages and divorces: 1996* (Current Population Reports, P70-80). Washington, DC: U.S. Census Bureau.

Kurz, D. (1996). Separation, divorce, and woman abuse. *Violence Against Women*, *2*(1), 63-81.

Ladd, L., & Zvonkovic, A. (1995). Single mothers with custody following divorce. *Marriage and Family Review*, *20*, 189-211.

Logan, T., Evans, L., Stevenson, E., & Jordan, C. (in press). Barriers to services for rural and urban rape survivors. *Journal of Interpersonal Violence*.

Logan, T., Shannon, L., & Walker, R. (in press). Protective orders process and barriers in rural and urban areas: A multiperspective study. *Violence Against Women*.

Logan, T., Stevenson, E., Evans, L., & Leukefeld, C. (2004). Rural and urban women's perceptions of barriers to health, mental health, and criminal justice services: Implications for victims services. *Violence and Victims*, *19*(1), 37-62.

Logan, T., & Walker, R. (2004). *A model of context-dependant stress and coping among partner violence victims*. Manuscript in preparation.

Logan, T., Walker, R., Cole, J., & Leukefeld, C. (2002). Victimization and substance use among women: Contributing factors, interventions, and implications. *Review of General Psychology*, *6*(4), 325-397.

Logan, T., Walker, R., Horvath, L., & Leukefeld, C. (2003). Divorce, custody, and spousal violence: A random sample of docket records in a circuit court. *Journal of Family Violence*, *18*(5), 269-279.

Logan, T., Walker, R., Jordan, C., & Campbell, J. (2004). An integrative review of separation and victimization among women: Consequences and implications. *Violence, Trauma, & Abuse*, *5*(2), 143-193.

Logan, T., Walker, R., Jordan, C., & Horvath, L. (2002). Child custody evaluations and domestic violence: Case comparisons. *Violence and Victims*, *17*(6), 719-742.

Logan, T., Walker, R., Jordan, C., & Leukefeld, C. (2004). *Adult interpersonal victimization, mental health, and substance use among women: Contributing factors, treatment, and implications*. Washington, DC: American Psychological Association.

Marks, N. (1996). Flying solo at midlife: Gender, marital status, and psychological well-being. *Journal of Marriage and the Family*, *58*, 917-932.

Marshall, L. (1999). Effects of men's subtle and overt psychological abuse on low-income women. *Violence and Victims*, *11*(1), 69-88.

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Thomas Decl., Ex. 7

McCloskey, L. (2001). The "Medea complex" among men: The instrumental abuse of children to injure wives. *Violence and Victims*, *16*(1), 19-37.

McCloskey, L., Figueredo, A., & Koss, M. (1995). The effects of systemic family violence on children's mental health. *Child Development*, *66*, 1239-1261.

McFarlane, J., Campbell, J., Wilt, S., Sachs, C., Ulrich, Y., & Xu, X. (1999). Stalking and intimate partner femicide. *Homicide Studies*, *3*(4), 300-316.

McKeever, M., & Wolfinger, N. (2001). Reexamining the economic costs of marital disruption for women. *Social Science Quarterly*, *82*(1), 202-217.

Mechanic, M., Uhlmansiek, M., Weaver, T., & Resnick, P. (2002). The impact of severe stalking experienced by acutely battered women: An examination of violence, psychological symptoms and strategic responding. In K. Davis, I. Frieze, & R. Maiuro (Eds.), *Stalking: Perspectives on victims and perpetrators* (pp. 89-160). New York: Springer.

Mechanic, M., Weaver, T., & Resick, P. (2000). Intimate partner violence and stalking behavior: Exploration of patterns and correlates in a sample of acutely battered women. *Violence and Victims*, *15*(1), 55-72.

Mertin, P., & Mohr, P. (2001). A follow-up study of posttraumatic stress disorder, anxiety, and depression in Australian victims of domestic violence. *Violence and Victims*, *16*(6), 645-654.

O'Connor, T., Hawkins, N., Dunn, J., Thorpe, K., & Golding, J. (1998). Family type and depression in pregnancy: Factors mediating risk in a community sample. *Journal of Marriage and the Family*, *60*, 757-770.

Resnick, H., Acierno, R., & Kilpatrick, D. (1997). Health impact of interpersonal violence 2: Medical and mental health outcomes. *Behavioral Medicine*, *23*, 65-78.

Richardson, J., Coid, J., Petruckevitch, A., Chung, W., Moorey, S., & Feder, G. (2002). Identifying domestic violence: Cross sectional study in primary care. *British Medical Journal*, *324*, 1-6.

Ross, C. (1995). Reconceptualizing marital status as a continuum of social attachment. *Journal of Marriage and the Family*, *57*(1), 129-134.

Ross, S. (1996). Risk of physical abuse to children of spouse abusing parents. *Child Abuse and Neglect*, *20*(7), 589-598.

Sackett, L., & Saunders, D. (1999). The impact of different forms of psychological abuse on battered women. *Violence and Victims*, *14*(1), 105-117.

Smock, P., & Manning, W. (1997). Cohabitating partners' economic circumstances and marriage. *Demography*, *34*(3), 331-341.

Sorensen, E., & Zibman, C. (2000). *Child support offers some protection against poverty* (Assessing the new federalism, Series B, No. B-10). New York: Urban Institute. Available at www.urban.org

Swanberg, J., & Logan, T. (in press). Domestic violence and employment: A qualitative study of rural and urban women. *Journal of Occupation Health Psychology*.

Testa, M., & Leonard, K. (2001). The impact of marital aggression on women's psychological and marital functioning in a newlywed sample. *Journal of Family Violence*, *16*(2), 115-130.

Tjaden, P., & Thoennes, N. (2000). *Extent, nature, and consequences of intimate partner violence* (NCJ 181867). Washington, DC: National Institute of Justice.

U.S. Department of Justice. (1997). *Sex differences in violent victimization, 1994* (Bureau of Justice Statistics Special Report NCJ 164508). Washington, DC: Bureau of Justice Statistics, Office of Justice Programs.

U.S. Department of Justice. (2000). *Criminal victimization in the United States, 1995: A National Crime Victimization Survey report* (NCJ 171129). Washington, DC: Bureau of Justice Statistics, Office of Justice Programs.

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Thomas Decl., Ex. 7

Case 2:19-cv-00434   Document 38-25   Filed 03/15/21   Page 9 of 9 PageID #: 367

Weaver, T., & Clum, G. (1995). Psychological distress associated with interpersonal violence: A meta-analysis. *Clinical Psychology Review*, *15*(2), 115-140.

Wilt, S., & Olson, S. (1996). Prevalence of domestic violence in the United States. *Journal of the American Medical Women's Association*, *51*(3), 77-82.

Wu, Z., & Balakrishman, T. (1995). Dissolution of premarital cohabitation in Canada. *Demography*, *32*(4), 521-532.

Wuest, J., Ford-Gilboe, M., Merritt-Gray, M., & Berman, H. (2003). Intrusion: The central problem for family health promotion among children and single mothers after leaving an abusive partner. *Qualitative Health Research*, *13*(5), 597-622.

*TK Logan, Ph.D., is currently an associate professor at the University of Kentucky with appointments in the Department of Behavioral Science and the Center on Drug and Alcohol Research. She has been funded by the National Institute on Drug Abuse (NIDA) to examine HIV risk behavior, victimization, and drug use among crack users and by the National Institute on Alcohol Abuse and Alcoholism (NIAAA) to study alcohol, violence, mental health, and health status and utilization among rural and urban women with protective orders. She has completed studies in the area of intimate partner violence and divorce, intimate partner violence and custody, stalking victimization and perpetration, domestic violence assault perpetration, HIV risk behavior, and differences in health, mental health, service utilization, and barriers to services for rural and urban women.*

*Robert Walker, M.S.W., L.C.S.W., is an assistant professor at the University of Kentucky Department of Psychiatry and the Center on Drug and Alcohol Research. He also has conjoint appointments in the College of Social Work at the University of Kentucky and the Department of Behavioral Science at the University of Kentucky. He was the center director of the Bluegrass East Comprehensive Care Center in Lexington, Kentucky, for 20 years. He is the project director of Kentucky's substance abuse treatment outcome study and is a primary investigator on a Center for Substance Abuse Treatment–funded (CSAT) project and a state data infrastructure project. He is a co-investigator on an NIAAA study of alcohol use and health among domestic violence victims. He serves as a member of the Kentucky Traumatic Brain Injury Trust Fund and the Governor's Council on Domestic Violence and Sexual Assault in Kentucky. He has published in the areas of substance abuse and domestic violence.*

Downloaded from jiv.sagepub.com at PENNSYLVANIA STATE UNIV on September 18, 2016

Thomas Decl., Ex. 7