IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia, <br><br> *Defendant*. | Civil Action No. 2:19-cv-00434 <br> (Judge John T. Copenhaver, Jr.) |

**MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, the West Virginia Coalition Against Domestic Violence, Inc., hereby moves the Court, pursuant to the Stipulated Protective Order entered on October 22, 2019 (Dkt. 25), as well as the Federal Rule of Civil Procedure 5.2(d) & (f) and Local Rule 26.4(c), for an order permitting unredacted versions of the following documents to be filed under seal in connection with Plaintiff's motion for summary judgment:

- Declaration of the Executive Director of Program A, with Exhibits 1-6
- Declaration of the Executive Director of Program B, with Exhibits 1-3
- Declaration of the Executive Director of Program C, with Exhibits 1-3
- Declaration of the Director of Program D
- Table of Domestic Violence Program Pseudonyms

These documents contain sensitive information concerning the Programs' security policies, procedures, and measures. Public disclosure of these details could jeopardize the security of those programs and the people living and working at their facilities. Pursuant to the October 22, 2019

Stipulated Protective Order, Plaintiff has already publicly filed redacted copies of these documents, attached to its Motion for Summary Judgment, with identifying information concerning domestic violence programs and domestic violence program employees removed. The attached Table of Pseudonyms, to be filed under seal, can be used to identify these programs. Because the security threat posed to the domestic violence programs referenced in these documents is expected to continue indefinitely, Plaintiff asks that the unredacted versions of these documents be filed under seal for an indefinite duration.

                                            Respectfully submitted,

                                            /s/ Lucas R. White

| | |
|---|---|
| Deepak Gupta* | J. David Fenwick (W. Va. Bar No. 6029) |
| Jonathan E. Taylor* | Lucas R. White (W. Va. Bar No. 12501) |
| **GUPTA WESSLER PLLC** | **GOODWIN & GOODWIN, LLP** |
| 1900 L Street, NW, Suite 312 | 300 Summer Street, Suite 1500 |
| Washington, DC 20036 | P.O. Box 2107 |
| (202) 888-1741 | Charleston, WV 25328 |
| *deepak@guptawessler.com* | (304) 346-7000 |
| | *lrw@goodwingoodwin.com* |
| Neil K. Sawhney* | Eric Tirschwell* |
| **GUPTA WESSLER PLLC** | Alla Lefkowitz* |
| 100 Pine Street, Suite 1250 | James Miller* |
| San Francisco, CA 94111 | **EVERYTOWN LAW** |
| (415) 573-0336 | 450 Lexington Avenue |
| *neil@guptawessler.com* | P.O. Box 4184 |
| | New York, NY 10017 |
| | (646) 324-8222 |
| | *etirschwell@everytown.org* |
| | |
| | *Counsel for Plaintiff The West Virginia* |
| *Pro hac vice | *Coalition Against Domestic Violence, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

THE WEST VIRGINIA COALITION AGAINST
DOMESTIC VIOLENCE, INC.,

    *Plaintiff*,

    v.

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant*.

Civil Action No. 2:19-cv-00434
(Judge John T. Copenhaver, Jr.)

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, I served a true and exact copy of the foregoing Motion to File Documents Under Seal, and all documents attached to it, upon all counsel of record via electronic mail.

    */s/* Lucas R. White
    Lucas R. White

    *Counsel for Plaintiff The West Virginia*
    *Coalition Against Domestic Violence, Inc.*