## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

THE WEST VIRGINIA COALITION AGAINST
DOMESTIC VIOLENCE, INC.,

    *Plaintiff*,

    v.

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant*.

Civil Action No. 2:19-cv-00434
(Judge John T. Copenhaver, Jr.)

### ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff, the West Virginia Coalition Against Domestic Violence, requests that this Court order that certain documents lodged in support of Plaintiff's Motion for Summary Judgment be filed under seal. Specifically, Plaintiff requests that the unredacted versions of the following documents attached to its Motion to Seal and accompanying Memorandum of Law be filed under seal:

- Declaration of the Executive Director of Program A, and exhibits 1 through 6 attached thereto;

- Declaration of the Executive Director of Program B, and exhibits 1 through 3 attached thereto;

- Declaration of the Executive Director of Program C, and exhibits 1 through 3 attached thereto;

- Declaration of the Director of Program D; and

- Table of Domestic Violence Program Pseudonyms.

For the reasons set forth in Plaintiff's Motion to Seal, its Memorandum of Law, and elsewhere in the record, the Court FINDS good cause to grant, and does hereby GRANT, Plaintiff's Motion to Seal and the related relief requested in its Memorandum of Law.

The Court ORDERS that the above-listed documents, attached to Plaintiff's Motion to Seal, are hereby filed UNDER SEAL and shall remain so until further order.

The Court further ORDERS that Plaintiff's Motion to Seal, its accompanying Memorandum of Law, and the proposed order are hereby unsealed, upon Plaintiff's representation that they may be publicly filed.

IT IS SO ORDERED.

ENTER: _____

_____
The Honorable John T. Copenhaver, Jr.
United States District Judge

Prepared and submitted by counsel,

/s/ Lucas R. White

Deepak Gupta*
Jonathan E. Taylor*
**GUPTA WESSLER PLLC**
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

J. David Fenwick (W. Va. Bar No. 6029)
Lucas R. White (W. Va. Bar No. 12501)
**GOODWIN & GOODWIN, LLP**
300 Summer Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328
(304) 346-7000
*jdf@goodwingoodwin.com*
*lrw@goodwingoodwin.com*

Neil K. Sawhney*
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*neil@guptawessler.com*

Eric Tirschwell*
Alla Lefkowitz*
James Miller*
**EVERYTOWN LAW**
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
(646) 324-8222
*etirschwell@everytown.org*

*Counsel for Plaintiff The West Virginia
Coalition Against Domestic Violence, Inc.*

*\*Pro hac vice*