IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| THE WEST VIRGINIA COALITION AGAINST DOMESTIC VIOLENCE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>PATRICK J. MORRISEY, in his official capacity as Attorney General for the State of West Virginia,<br><br>*Defendant*. | Civil Action No. 2:19-cv-00434<br>(Judge John T. Copenhaver, Jr.) |

## ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff, the West Virginia Coalition Against Domestic Violence, requests that this Court order that certain documents lodged in support of Plaintiff's Motion for Summary Judgment be filed under seal. Specifically, Plaintiff requests that the unredacted versions of the following documents attached to its Motion to Seal and accompanying Memorandum of Law be filed under seal:

- Declaration of the Executive Director of Program A, and exhibits 1 through 6 attached thereto;

- Declaration of the Executive Director of Program B, and exhibits 1 through 3 attached thereto;

- Declaration of the Executive Director of Program C, and exhibits 1 through 3 attached thereto;

- Declaration of the Director of Program D; and

- Table of Domestic Violence Program Pseudonyms.

For the reasons set forth in Plaintiff's Motion to Seal, its Memorandum of Law, and elsewhere in the record, the Court FINDS good cause to grant, and does hereby GRANT, Plaintiff's Motion to Seal and the related relief requested in its Memorandum of Law.

The Court ORDERS that the above-listed documents, attached to Plaintiff's Motion to Seal, are hereby filed UNDER SEAL and shall remain so until further order.

The Court further ORDERS that Plaintiff's Motion to Seal, its accompanying Memorandum of Law, and the proposed order are hereby unsealed, upon Plaintiff's representation that they may be publicly filed.

IT IS SO ORDERED.

ENTER: March 16, 2021

The Honorable John T. Copenhaver, Jr.
Senior United States District Judge