IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    *Plaintiff*,

v.　　　　　　　　　　　　　　　　　Case No. 2:19-cv-00434
　　　　　　　　　　　　　　　　　　(Judge John T. Copenhaver, Jr.)

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant*.

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia, in the above-captioned matter.

    /s/Jessica A. Lee
    Jessica A. Lee (WV Bar #13751)
    *Assistant Solicitor General*
    Office of the West Virginia Attorney General
    1900 Kanawha Blvd., East
    Building 1, Room E-26
    Charleston, WV 25305
    Tel.: (304) 558-2021
    Fax: (304) 558-0140
    Jessica.A.Lee@wvago.gov

DATED: April 5, 2021