# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    *Plaintiff*,

    v.                                                  Case No. 2:19-cv-00434
                                                            (Judge John T. Copenhaver, Jr.)

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant*.

## ORDER

    AND NOW, this _____ day of _____, 2021, **IT IS HEREBY ORDERED THAT** Defendant's Cross-Motion for Summary Judgment is **GRANTED**. Judgment is hereby entered in favor of Defendant and against Plaintiff.

                                                                                              _____
                                                                                              John T. Copenhaver, Jr.
                                                                                              Senior United States District Judge