## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    *Plaintiff,*

    v.                                           Case No. 2:19-cv-00434
                                                   (Judge John T. Copenhaver, Jr.)

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant*.

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF COURT:

    Pursuant to Local Rule of Civil Procedure 83.4(a), kindly withdraw my appearance as counsel for Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia. Douglas P. Buffington II, Lindsay S. See, and Steven A. Travis have entered appearances in this case and will continue representing Patrick J. Morrisey, in his official capacity as Attorney General for the State of West Virginia.

DATED: August 26, 2021                            Respectfully submitted,

                                                            /s/ Jessica A. Lee
                                                             Jessica A. Lee (WV Bar # 13751)
                                                             *Assistant Solicitor General*
                                                             State Capitol Complex
                                                             Building 1, Room E-26
                                                             Charleston, WV 25305-0220
                                                              Email: Jessica.A.Lee@wvago.gov
                                                             Telephone: (304) 558-2021
                                                             Facsimile: (304) 558-0140