# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

THE WEST VIRGINIA COALITION
AGAINST DOMESTIC VIOLENCE, INC.,

    *Plaintiff,*

    v.                      Case No. 2:19-cv-00434
                              (Judge John T. Copenhaver, Jr.)

PATRICK J. MORRISEY, in his official
capacity as Attorney General for the
State of West Virginia,

    *Defendant*.

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF COURT:

    Pursuant to Local Rule of Civil Procedure 83.4(a), kindly withdraw my appearance as counsel for the West Virginia Coalition Against Domestic Violence, Inc.

    J. David Fenwick, Lucas R. White, Alla Lefkowitz, James Miller, Deepak Gupta, and Johnathan E. Taylor have entered appearances in this case and will continue representing West Virginia Coalition Against Domestic Violence, Inc.

DATED: June 10, 2022                    Respectfully submitted,

                                              /s/ Eric Tirschwell
                                              Eric Tirschwell*
                                              **EVERYTOWN LAW**
                                              450 Lexington Avenue
                                              P.O. Box 4184
                                              New York, NY 10017
                                              Telephone: (646)324-8222

                                              *Pro Hac Vice*